# EXHIBIT A

Filing # 142636390 E-Filed 01/25/2022 04:40:47 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

        Plaintiff,                         CASE NO.

vs.

WAL-MART STORES EAST, LP,

        Defendant.

_____/

## COMPLAINT

Plaintiff, **WILFREDO MARIBONA**, sues Defendant, **WAL-MART STORES EAST, LP** and alleges:

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00).

2. At all times material hereto, the Plaintiff was an individual residing in Collier County, Florida.

3. At all times material to this action WAL-MART STORES EAST, LP, was a foreign corporation doing business in Collier County, Florida.

4. At all times material hereto, Defendant owned and operated a Wal-Mart store and its parking lot, and was the entity in possession and/or control of the premises located at 9885 Collier Blvd, Collier County, Florida, hereinafter referred to as "the premises".

5. At all times material hereto, said premises was open to the general public, including Plaintiff herein.

6. On or about January 12, 2021, Plaintiff was a business invitee lawfully on said premises at the above address.

7. At that said time and place, Defendant owed Plaintiff a duty to exercise reasonable care for his safety.

8. At that time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the parking lot, and specifically the painted stop bars, creating an unreasonably dangerous condition for the Plaintiff;

b) Negligently failing to inspect or adequately inspect the parking lot, and specifically the painted stop bars, including but not limited to failure to ascertain that said stop bar was improperly painted and/or maintained, creating an unreasonably slippery surface on which the Plaintiff slipped;

c) Negligently failing to warn the Plaintiff of said slippery and dangerous surface;

d) Negligently failing to comply with applicable building and safety codes thereby creating an unreasonable dangerous condition for the Plaintiff.

9. As a result of Defendant's aforesaid negligence and failure to exercise reasonable care, Plaintiff slipped on said painted stop bar, sustaining injuries and damages as set forth below.

10. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and an aggravation of pre-existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff sues the Defendant for damages, costs, and any other relief this Court may deem appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

/s/ Malcolm A. Purow
MALCOLM A. PUROW, ESQUIRE
FBN: 282790
Kelleher Law, P.A.
Attorney for Plaintiff
P.O. Box 3218
Naples, FL 34106
Tel: (239) 302-4400
Fax: (239) 785-1685
Email: mpurow@jimforjustice.com
roslick@jimforjustice.com