# EXHIBIT B

Filing # 142636390 E-Filed 01/25/2022 04:40:47 PM

## FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>TWENTIETH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>COLLIER</u>   COUNTY, FLORIDA

<u>Wilfredo Maribona</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Wal-Mart Stores East, LP</u>
Defendant

### II.   AMOUNT OF CLAIM
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐  $8,000 or less
- ☐  $8,001 - $30,000
- ☒  $30,001- $50,000
- ☐  $50,001- $75,000
- ☐  $75,001 - $100,000
- ☐  over $100,000.00

### III.   TYPE OF CASE        (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☒ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   1

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
      ☐ yes
      ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
      ☒ no
      ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
      ☐ yes
      ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ MALCOLM A. PUROW</u>      Fla. Bar # <u>282790</u>
      Attorney or party            (Bar # if attorney)

<u>MALCOLM A. PUROW</u>      <u>01/25/2022</u>
 (type or print name)            Date

Filing # 142636390 E-Filed 01/25/2022 04:40:47 PM

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

    **Plaintiff,**      CASE NO.

**vs.**

WAL-MART STORES EAST, LP,

    **Defendant.**

_____ /

## COMPLAINT

Plaintiff, **WILFREDO MARIBONA,** sues Defendant, **WAL-MART STORES EAST, LP** and alleges:

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00).

2. At all times material hereto, the Plaintiff was an individual residing in Collier County, Florida.

3. At all times material to this action WAL-MART STORES EAST, LP, was a foreign corporation doing business in Collier County, Florida.

4. At all times material hereto, Defendant owned and operated a Wal-Mart store and its parking lot, and was the entity in possession and/or control of the premises located at 9885 Collier Blvd, Collier County, Florida, hereinafter referred to as "the premises".

5. At all times material hereto, said premises was open to the general public, including Plaintiff herein.

6. On or about January 12, 2021, Plaintiff was a business invitee lawfully on said premises at the above address.

7.     At that said time and place, Defendant owed Plaintiff a duty to exercise reasonable care for his safety.

8.     At that time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a)     Negligently failing to maintain or adequately maintain the parking lot, and specifically the painted stop bars, creating an unreasonably dangerous condition for the Plaintiff;

b)     Negligently failing to inspect or adequately inspect the parking lot, and specifically the painted stop bars, including but not limited to failure to ascertain that said stop bar was improperly painted and/or maintained, creating an unreasonably slippery surface on which the Plaintiff slipped;

c)     Negligently failing to warn the Plaintiff of said slippery and dangerous surface;

d)     Negligently failing to comply with applicable building and safety codes thereby creating an unreasonable dangerous condition for the Plaintiff.

9.     As a result of Defendant's aforesaid negligence and failure to exercise reasonable care, Plaintiff slipped on said painted stop bar, sustaining injuries and damages as set forth below.

10.     As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and an aggravation of pre-existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff sues the Defendant for damages, costs, and any other relief this Court may deem appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

*/s/ Malcolm A. Purow*

MALCOLM A. PUROW, ESQUIRE
FBN: 282790
Kelleher Law, P.A.
Attorney for Plaintiff
P.O. Box 3218
Naples, FL 34106
Tel: (239) 302-4400
Fax: (239) 785-1685
Email:  mpurow@jimforjustice.com
         roslick@jimforjustice.com

Filing # 142636390 E-Filed 01/25/2022 04:40:47 PM

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

     **Plaintiff,**         **CASE NO.**

**vs.**

**WAL-MART STORES EAST, LP,**

     **Defendant.**

_____ /

## NOTICE OF SERVICE OF INTERROGATORIES

   COMES NOW the Plaintiff, WILFREDO MARIDONA , by and through undersigned counsel and hereby propounds upon Defendant, WAL-MART STORES EAST, LP , pursuant to Rule 1.340, Florida Rules of Civil Procedure, the attached interrogatories, answers to which will be due within forty-five (45) days from the date of service hereof.

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a copy of the foregoing has been served on the above Defendant, WAL-MART STORES EAST, LP, with the Complaint.

*/s/ Malcolm A. Purow*
_____
MALCOLM A. PUROW, ESQUIRE
FBN: 282790
Kelleher Law, P.A.
Attorney for Plaintiff
P.O. Box 3218
Naples, FL 34106
Tel: (239) 302-4400
Fax: (239) 785-1685
Email: mpurow@jimforjustice.com
    roslick@jimforjustice.com

Filing # 142636390 E-Filed 01/25/2022 04:40:47 PM

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

    **Plaintiff,**      **CASE NO.**

**vs.**

**WAL-MART STORES EAST, LP,**

    **Defendant.**

_____ /

## INTERROGATORIES TO DEFENDANT

(If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)

  1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

  2. Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff s complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

  3. Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

  4. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

5.      State the facts upon which you rely for each affirmative defense in your answer.

6.      Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

7.      List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

8.      Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

9.      State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

10.      Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts

and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

11.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

12.     Please identify by name, title, and last known address if no longer employed by Defendant, all employees who have knowledge of the Plaintiff's accident.

13.     Please identify by name, and last known address if no longer employed by Defendant, any/all employees who interacted with Plaintiff on the day he fell at Defendant's premises as alleged in the Complaint.

## <u>SIGNATURE PAGE</u>

STATE OF _____

COUNTY OF _____

_____, as representative of Defendant, being duly sworn, states that the matters and things contained in the foregoing interrogatory answers are true to the best of my knowledge, information and belief on this _____ day of _____, 2022.

_____
Defendant

SWORN TO AND SUBSCRIBED before me this

_____
Notary Public (signature)

_____
Notary Public (type, print stamp commission)

My Commission Expires: _____

❑   Personally Known OR
❑   Produced Identification
❑   Type of Identification Produced: _____

Filing # 142636390 E-Filed 01/25/2022 04:40:47 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

                  Plaintiff,                        CASE NO.
vs.

WAL-MART STORES EAST, LP,

                  Defendant.

_____ /

### PLAINTIFF'S REQUEST TO PRODUCE

Plaintiff, WILFREDO MARIDONA, by and through the undersigned counsel and pursuant to Fla. R. Civ. P. 1.350, requests that Defendant, WAL-MART STORES EAST, LP., produce for inspection and copying the following within 45 days after service of the Summons and Complaint hereof:

1.      Any and all policies of insurance, including any and all primary, umbrella and excess policies, which cover or may cover the Defendant or Plaintiff for any or all of the allegations set forth in the Complaint filed in this case.

2.      All insurance policies in full force and effect on the date of the accident, incident or event that is the subject matter of this lawsuit under which the Plaintiff(s) is or might be eligible to receive, medical, health, hospital, accident, disability, sickness, social security, worker's compensation, income disability, wage continuation and/or other similar benefits.

3.      Any and all writings, recordings, tapes, videos, records, memoranda, notes, or other material in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees reflecting statements, including but

not limited to those described in Fla. R. Civ. P 1.280, made by the Plaintiff or Plaintiff's employees or agents regarding any of the issues in this case.

4.      Any and all writings, records, memoranda, notes, or other material in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees reflecting statements, including but not limited to those described in Fla. R. Civ. P 1.280, made by any and all witnesses regarding any of the issues in this case.

5.      Any and all photographs taken by or on behalf of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees which are in any manner related to the subject matter of this lawsuit. This request includes, but is not limited to, any and all photographs depicting the scene of the incident or event that is the subject matter of this lawsuit, and photographs taken of the Plaintiff. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

6.      Any and all movies, motion pictures, videotapes or reproductions of the accident, incident or event that is the subject matter of this lawsuit taken by or on behalf of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees which are in any manner related to the subject matter of this lawsuit. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the

original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

7.      Any and all movies, motion pictures, videotapes or reproductions taken at, on, near, from, around, or inside the premises set forth in the Complaint from two hours before to two hours after the accident, incident or event that is the subject matter of this lawsuit. This request specifically includes all recordings of your store and premises videorecording system and requests the highest possible resolution and individual camera recordings as well as multiple cameras on a single screen. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

8.      Any and all photographs, movies, motion pictures, slides, films, videotapes, audiotapes, records, reports and other writings or recorded representations relating in any way to any surveillance conducted on the Plaintiff by the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

9.      Any charts, drawings, graphs, diagrams or other documentary evidence involving the subject matter of this lawsuit which are expected to be offered as evidence at the time of trial.

10.     Any and all medical records, reports, opinions, or other writings  in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees, received from doctors, physicians, nurses, other health care providers or anyone else who saw, examined, or rendered care or treatment to the Plaintiff(s) or from any hospitals where the Plaintiff(s) was/were seen, examined or treated for injuries or conditions that were or may have been sustained as a result of the accident, incident or event that is the subject of this lawsuit.  This request does not include any records provided directly from Plaintiff.

11.     Any and all other medical reports, opinions, or other writings in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees, from doctors, physicians, nurses, other health care providers or anyone else who saw, examined, or rendered care or treatment to the Plaintiff(s) or from any hospitals where the Plaintiff(s) was/were seen, examined or treated for injuries or conditions not related to the accident, incident or event that is the subject of this lawsuit. This request does not include any records provided directly from Plaintiff.

12.     Any and all reports prepared by experts who are expected to testify at the trial of this cause.

13.     Any and all contracts, leases, agreements or other writings relating in any way to any ownership interest in or right to control the property or any part thereof at the time of the incident or event that is the subject matter of this lawsuit by anyone other than the Defendant(s).

14.     The maintenance, repair, housekeeping, janitorial and inspection records related to the area involved in the incident or any part thereof alleged herein from two years prior to the incident through one year following the incident.

15.     Documentation of any inspections made of the location subsequent to the incident.

16.     Documentation of any inspections made of the location at the time of the incident.

17.     Any and all accident reports and/or incident reports relating in any way to the accident, incident or event that is the subject matter of this lawsuit.

18.     All written notices or correspondence of any alleged fall-down, trip/slip or fall incidents at this same location for the preceding four (4) years prior to this incident at issue.

19.     All incident reports or other documentation of any alleged fall-down, trip/slip or fall incidents at this same location for the preceding four (4) years prior to this incident at issue.

20.     Any charts, drawings, graphs, blueprints, sketches, schematics, diagrams, planograms, or other documentary evidence involving the layout of your premises as alleged in the complaint during the month of the incident.

21.     Any and all agreements the Defendant(s) has/have made with anyone that would limit that party's liability to anyone for any of the damages in this case.

22.     All documents to any third party regarding or putting any third party on notice of any claims made by Plaintiff, whether indemnity or defense is sought or not.

23.     Documents illustrating any safety devices available to employees in any of your properties, including but not limited to: warning devices, signs, cones, tapes, barricades, garbage cans, barriers, mats, and non-skid surfaces.

24.     Any documents identifying or specifying the flooring or surface material in the area of the incident., the lighting, physical dimensions and last material repairs or renovations prior to the incident.

25.     Documentation of the proper legal name for the entity alleged in the Complaint, if not properly alleged.

26.     Any document you rely upon to support your denial of any Request for Admissions.

27.     Personnel files of each and every employee with knowledge of the incident alleged in the Complaint.

I HEREBY CERTIFY that a copy of the foregoing has been served on the above Defendant with the Complaint.

*/s/ Malcolm A. Purow*
MALCOLM A. PUROW, ESQUIRE
FBN: 0282790
Kelleher Law, P.A.
Attorney for Plaintiff
1100 Fifth Ave., S., Suite 408
Naples, FL 34102
Tel: (239) 302-4400
Fax: (239) 785-1685
Email: mpurow@jimforjustice.com
        roslick@jimforjustice.com

11-2022-CA-000129-0001-XX

Filing # 142636390 E-Filed 01/25/2022 04:40:47 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

                  **Plaintiff,**               **CASE NO.**

**vs.**

WAL-MART STORES EAST, LP,

                  **Defendant.**

_____ /

### PLAINTIFF'S REQUEST TO PRODUCE

    Plaintiff, WILFREDO MARIDONA, by and through the undersigned counsel and pursuant to Fla. R. Civ. P. 1.350, requests that Defendant, WAL-MART STORES EAST, LP., produce for inspection and copying the following within 45 days after service of the Summons and Complaint hereof:

1.    Any and all policies of insurance, including any and all primary, umbrella and excess policies, which cover or may cover the Defendant or Plaintiff for any or all of the allegations set forth in the Complaint filed in this case.

2.    All insurance policies in full force and effect on the date of the accident, incident or event that is the subject matter of this lawsuit under which the Plaintiff(s) is or might be eligible to receive, medical, health, hospital, accident, disability, sickness, social security, worker's compensation, income disability, wage continuation and/or other similar benefits.

3.    Any and all writings, recordings, tapes, videos, records, memoranda, notes, or other material in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees reflecting statements, including but

not limited to those described in Fla. R. Civ. P 1.280, made by the Plaintiff or Plaintiff's employees or agents regarding any of the issues in this case.

4.      Any and all writings, records, memoranda, notes, or other material in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees reflecting statements, including but not limited to those described in Fla. R. Civ. P 1.280, made by any and all witnesses regarding any of the issues in this case.

5.      Any and all photographs taken by or on behalf of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees which are in any manner related to the subject matter of this lawsuit. This request includes, but is not limited to, any and all photographs depicting the scene of the incident or event that is the subject matter of this lawsuit, and photographs taken of the Plaintiff. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

6.      Any and all movies, motion pictures, videotapes or reproductions of the accident, incident or event that is the subject matter of this lawsuit taken by or on behalf of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees which are in any manner related to the subject matter of this lawsuit. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the

original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

7.      Any and all movies, motion pictures, videotapes or reproductions taken at, on, near, from, around, or inside the premises set forth in the Complaint from two hours before to two hours after the accident, incident or event that is the subject matter of this lawsuit. This request specifically includes all recordings of your store and premises videorecording system and requests the highest possible resolution and individual camera recordings as well as multiple cameras on a single screen. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

8.      Any and all photographs, movies, motion pictures, slides, films, videotapes, audiotapes, records, reports and other writings or recorded representations relating in any way to any surveillance conducted on the Plaintiff by the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

9.      Any charts, drawings, graphs, diagrams or other documentary evidence involving the subject matter of this lawsuit which are expected to be offered as evidence at the time of trial.

10.     Any and all medical records, reports, opinions, or other writings  in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees, received from doctors, physicians, nurses, other health care providers or anyone else who saw, examined, or rendered care or treatment to the Plaintiff(s) or from any hospitals where the Plaintiff(s) was/were seen, examined or treated for injuries or conditions that were or may have been sustained as a result of the accident, incident or event that is the subject of this lawsuit.   This request does not include any records provided directly from Plaintiff.

11.     Any and all other medical reports, opinions, or other writings in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees, from doctors, physicians, nurses, other health care providers or anyone else who saw, examined, or rendered care or treatment to the Plaintiff(s) or from any hospitals where the Plaintiff(s) was/were seen, examined or treated for injuries or conditions not related to the accident, incident or event that is the subject of this lawsuit. This request does not include any records provided directly from Plaintiff.

12.     Any and all reports prepared by experts who are expected to testify at the trial of this cause.

13.     Any and all contracts, leases, agreements or other writings relating in any way to any ownership interest in or right to control the property or any part thereof at the time of the incident or event that is the subject matter of this lawsuit by anyone other than the Defendant(s).

14. The maintenance, repair, housekeeping, janitorial and inspection records related to the area involved in the incident or any part thereof alleged herein from two years prior to the incident through one year following the incident.

15. Documentation of any inspections made of the location subsequent to the incident.

16. Documentation of any inspections made of the location at the time of the incident.

17. Any and all accident reports and/or incident reports relating in any way to the accident, incident or event that is the subject matter of this lawsuit.

18. All written notices or correspondence of any alleged fall-down, trip/slip or fall incidents at this same location for the preceding four (4) years prior to this incident at issue.

19. All incident reports or other documentation of any alleged fall-down, trip/slip or fall incidents at this same location for the preceding four (4) years prior to this incident at issue.

20. Any charts, drawings, graphs, blueprints, sketches, schematics, diagrams, planograms, or other documentary evidence involving the layout of your premises as alleged in the complaint during the month of the incident.

21. Any and all agreements the Defendant(s) has/have made with anyone that would limit that party's liability to anyone for any of the damages in this case.

22. All documents to any third party regarding or putting any third party on notice of any claims made by Plaintiff, whether indemnity or defense is sought or not.

23. Documents illustrating any safety devices available to employees in any of your properties, including but not limited to: warning devices, signs, cones, tapes, barricades, garbage cans, barriers, mats, and non-skid surfaces.

24.     Any documents identifying or specifying the flooring or surface material in the area of the incident., the lighting, physical dimensions and last material repairs or renovations prior to the incident.

25.     Documentation of the proper legal name for the entity alleged in the Complaint, if not properly alleged.

26.     Any document you rely upon to support your denial of any Request for Admissions.

27.     Personnel files of each and every employee with knowledge of the incident alleged in the Complaint.

I HEREBY CERTIFY that a copy of the foregoing has been served on the above Defendant with the Complaint.

/s/ Malcolm A. Purow
MALCOLM A. PUROW, ESQUIRE
FBN: 0282790
Kelleher Law, P.A.
Attorney for Plaintiff
1100 Fifth Ave., S., Suite 408
Naples, FL 34102
Tel: (239) 302-4400
Fax: (239) 785-1685
Email:  mpurow@jimforjustice.com
        roslick@jimforjustice.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                           CIVIL ACTION

Wilfredo Maribona
     Plaintiff(s),
vs.                                          CASE NO:  11-2022-CA-000129-0001-XX

Walmart Stores East Lp
     Defendant(s).

**STANDING ORDER IN CIRCUIT CIVIL CASES IN THE
TWENTIETH JUDICIAL CIRCUIT**

PURSUANT to Florida Rule of Civil Procedure 1.200(a), Florida Rule of Judicial
Administration 2.545, and Administrative Order 1.13 entered by the Chief Judge of this Circuit,
the parties are ordered to adhere to the following information and procedures applicable to civil
lawsuits:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order
   with each Summons issued in this case. One copy of this Order is to be filed with the
   Clerk of the Circuit Court with proof of service. The Plaintiff shall pay the appropriate
   statutory clerk's fees on copies for each Standing Order issued and attached to the
   Summons.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has
   established guidelines for the prompt processing and resolution of civil cases. This
   Court has adopted a case management system to help meet those guidelines. In
   contested cases (other than residential foreclosures, involuntary commitment of
   sexually violent predators, Extraordinary Writs, 90 day Notice of Medical Malpractice
   Claim, and Administrative Appeals), the parties are required to participate in the case
   management system. The Court will issue a Case Management Plan after 150 days of
   the filing of a case in the event the parties have not submitted an Agreed Case
   Management Plan that has been approved by the Court. However, if it becomes
   necessary to amend the court-issued Case Management Plan, the parties may submit
   an Agreed Case Management Plan, subject to approval by the Court, or if the parties
   cannot agree on an Amended Plan, the parties may request a case management
   conference. The form of the Agreed Case Management Plan may be accessed at the
   Court's website at: http://www.ca.cjis20.org/web/main/civil.asp. If a case
   management conference is scheduled, attendance by trial counsel and those parties
   who are not represented by counsel is mandatory.

   Unless all of the Defendants have been served and have defaulted, an Agreed Case
   Management Plan will be submitted to the Civil Case Manager via email at
   collieragreedplan@ca.cjis20.org on or before 150 days from the date of filing the
   initial complaint.

3. **ALTERNATIVE DISPUTE RESOLUTION (ADR).** ADR provides parties with an
   out-of-court alternative to settling disagreements. The Court requires the parties to
   participate in ADR prior to trial. Mediation is mandatory unless the parties agree to

another form of ADR. Mediation is a conference at which an independent third party attempts to arrange a settlement between the parties. The Court, at its discretion, may order the case be referred to Non-Binding Arbitration. Non-Binding Arbitration is the process in which the court refers a case to a registered arbitrator, or panel of arbitrators, who will hear evidence and make an award which may become a final judgment if a Motion for Trial De Novo is not timely filed pursuant to Fla. R. Civ. P. 1.820(h).

4. **<u>FAILURE TO PROSECUTE.</u>** The Court will issue a Notice of Intent to Dismiss a case if there is no record of activity within a ten (10) month period of time.

5. **<u>RULES OF PROFESSIONALISM.</u>** The Twentieth Judicial Circuit has adopted Administrative Order 2.20, which sets forth standards of professional courtesy and conduct for all counsel or pro-se litigants practicing within the Circuit. The Court requires that all familiarize themselves and comply with Administrative Order 2.20. Administrative Order 2.20 may be viewed on the Court's website at: http://www.ca.cjis20.org/web/main/ao_admin.asp.

**DONE AND ORDERED** in Chambers at Naples, Collier County, Florida, on this 26th of January, 2022

*Lauren L. Brodie*

_____
Lauren L Brodie, Circuit Judge

# **CRYSTAL K. KINZEL**

# **RECEIPT**
1250435

CLERK OF THE CIRCUIT COURT AND
COMPTROLLER
COLLIER COUNTY, FLORIDA

Printed On:

01/26/2022 09:21

Page 1 of 1

| Receipt Number: 1250435 - Date 01/26/2022  Time 9:21AM | | | |
|---|---|---|---|
| **Received of:** | Kelleher Law | | |
| **Cashier Name:** | efiling account | **Balance Owed:** | 400.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 400.00 |
| **Receipt ID:** | 2272346 | **Remaining Balance:** | 0.00 |
| **Division:** | | | |

| Case# 11-2022-CA-000129-0001-XX -- Plaintiff: Maribona, Wilfredo | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 400.00 | 400.00 | 0.00 |
| **Case Total** | **400.00** | **400.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 2668684 | **400.00** |
| **Total Received** | | **400.00** |
| **Total Paid** | | **400.00** |

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

                **Plaintiff,**                  CASE NO.

vs.

WAL-MART STORES EAST, LP,

                **Defendant.**

_____ /

### REQUEST FOR ADMISSIONS TO DEFENDANTWAL-MART STORES EAST, LP

Pursuant to Rule 1.370, Florida Rules of Civil Procedure, Plaintiff requests Defendant, to admit in writing the truth of the matters set forth below:

1.      You were properly named in the Complaint.

2.      Venue is appropriate.

3.      The Court has jurisdiction over the parties.

4.      You are the appropriate party to the case based on the allegations contained in the Complaint.

5.      The Plaintiff was not negligent in causing the incident alleged in the Complaint.

6.      That Plaintiff suffered a permanent injury as a result of the incident which is the subject of this lawsuit.

7.      That the Plaintiff was injured in the incident which is the subject of this lawsuit.

8.      At all times material hereto, you leased, rented, possessed, controlled, designed, and/or owned all or part of a shopping plaza located at 9885 Collier Blvd, Collier County, Florida.

9.      You owed a duty of reasonable care to maintain your premises in a reasonably safe condition for the safety of business invitees on the premises.

10.     On or about December 11, 2018, the Plaintiff was a business invitee at your store on 9885 Collier Blvd, Collier County, Florida.

11.     You did not conduct regular inspections of your premises.

12.     The negligent conditions were known to you or had existed for a sufficient length of time so that defendant should have known of them.

13.     You failed to warn Plaintiff of the aforesaid, dangerous and unsafe conditions.

14.     You did not provide any warnings to Plaintiff with respect to any conditions on the date and at the time of the incident alleged in the Complaint,

15.     Plaintiff fell as a result of a change of slipperiness of the stop bar.

16.     At the date and time of the incident alleged in the Complaint, there was a recording device, whether still or showing motion, capable of visually reproducing the location of the incident alleged in the complaint.

17.     You have a visual recording, whether still or showing motion, of Plaintiff on the date and time of the incident alleged in the Complaint.

18.     You have a visual recording, whether still or showing motion, of Plaintiff after the day of the incident alleged in the Complaint.

19.     All recordings of the Plaintiff made by you, if any, remain available to you.

20.     Plaintiff incurred medical expenses as a result of the fall which is the subject of this lawsuit.

21.     You are not being defended in this case pursuant to a reservation of rights.

        **I HEREBY CERTIFY** that a copy of the foregoing has been served on the above Defendant with the Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on the above Defendant with the Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on the above Defendant, WAL-MART STORES EAST, LP, with the Complaint.

                              */s/ Malcolm A. Purow*
                              MALCOLM A. PUROW, ESQUIRE
                              FBN: 282790
                              Kelleher Law, P.A.
                              Attorney for Plaintiff
                              P.O. Box 3218
                              Naples, FL 34106
                              Tel: (239) 302-4400
                              Fax: (239) 785-1685
                              Email:  mpurow@jimforjustice.com
                                       roslick@jimforjustice.com

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

               **Plaintiff,**              **CASE NO. 11-2022-CA -000129**

**vs.**

WAL-MART STORES EAST, LP,

               **Defendant.**

_____ /

## SUMMONS

**THE STATE OF FLORIDA:**

To all and singular Sheriffs of said state:

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

               Wal-Mart Stores East, L.P.
               C/O CT Corporation System
               1200 South Pine Island Rd.
               Plantation, FL 33324

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

               Malcolm A. Purow, Esq.
               Kelleher Law, P.A.
               P.O. Box 3218
               Naples, Florida 34106
               (239) 302-4400
               E-mail Address: mpurow@jimforjustice.com

within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

In accordance with the Americans with Disabilities Act, if you are a person with disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Deputy Court Administrator whose office is located at theCollier County Clerk of the Circuit Court, **3315 Tamiami Trail East, Suite 102**

**Naples, FL  34112, and whose telephone number is (239) 252-2783**, within two (2) workings day of your receipt of this Summons; if you are hearing or voice impaired, please call 1-800-955-8771.

**WITNESS** my hand and the seal of this Court on this the _____ day of <u>Jan 27 2022</u>,

**CLERK OF THE CIRCUIT COURT**

By: _____
                        as Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion,  para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica  no lo protegera; si usted desea que el tribunal  considere su defensa, debe presentar su repuesta por escrito, incluyendo  el numero  del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos  legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia  legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo  tiempo en que presenta su respuesta ante el tribunal,  debera usted inviar  por correo o entregar una copia de su respuesta a la persona denuminada  abajo como "Plaintiff/Plaintiff's  Attorney."  (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos  con Impedimentos  Inhabilitados, personas en necesidad del servicio  especial para particpar en estee procedimiento  deberan, dentro de un tiempo razonable,  antes de cualquier  procedimiento,  ponerse en un tiempo razonable,  antes de cualquier procedimiento,  ponerse en contacto con la oficina  Administrativa  de la Corte, Telefono (TDD) 1-800-955-8771 o (V) 1-800-955-8770, via Florida  Relay System."

## IMPORTANT

Des poursuites judiciaries  ont ete entreprises  contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation  de cet'te citation  pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant  pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention  du numero de dossier ci-dessus et du nom des parties nommees  ici, si vous souhaitez que le Tribunal  entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations  juridiques et vous pouvez requerir les services immediats  d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique  (figurant  a l'annuaire  de telephones).

Si vous choisissez de deposer vous-meme  une response ecrite, il vous faudra egalement, en meme temps que cette formalite,  faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's  Attorney" (Plaignant  ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans  With Disabilities".  Les personnes en besoin d'une accomodation  speciale pour participer a ces procedures doivent, dans un temps raisonable,  avant d'entreprendre  aucune autre demarche, contracter l'office administrative  de la Court situe au le telephone ou Telefono  (TDD) 1-800-955-8771 ou (V) 1-800-955-8770, via Florida  Relay System."

Malcolm A. Purow, Esq.
Kelleher Law, P.A.
P.O. Box 3218
Naples, Florida 34106
(239) 302-4400
E-mail Address: mpurow@jimforjustice.com

**CRYSTAL K. KINZEL**

# RECEIPT
1250958

CLERK OF THE CIRCUIT COURT AND
COMPTROLLER
COLLIER COUNTY, FLORIDA

Printed On:

01/27/2022 03:30

Page 1 of 1

| Receipt Number: 1250958 - Date 01/27/2022  Time 3:30PM | | | |
|---|---|---|---|
| **Received of:** | Kelleher Law | | |
| **Cashier Name:** | efiling account | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 2272932 | **Remaining Balance:** | 0.00 |
| **Division:** | | | |

| Case# 11-2022-CA-000129-0001-XX -- Plaintiff: Maribona, Wilfredo | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 2687340 | **10.00** |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## AFFIDAVIT OF SERVICE

State of Florida                    County of Collier                    Circuit Court

Case Number: 11-2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WAL-MART STORES EAST, LP**

For:
Malcolm A. Purow, Esq.
KELLEHER LAW, P.A.
1100 Fifth Ave., S., Suite 307
Naples, FL 34102

Received by SHERMAN & ASSOCIATES, LLC on the 1st day of February, 2022 at 3:26 pm to be served on **WAL-MART STORES EAST, L.P. C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Chris Yeoman, being duly sworn, depose and say that on the **2nd day of February, 2022** at **2:02 pm, I:**

SERVED the within named corporation by delivering a true copy of the **SUMMONS, STANDING ORDER IN CIRCUIT CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT, COMPLAINT, PLAINTIFF'S REQUEST TO PRODUCE, REQUEST FOR ADMISSIONS TO DEFENDANT WAL-MART STORES EAST, LP, INTERROGATORIES TO DEFENDANT NUMBERED 1 THROUGH 13** at the address of **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** with the date and hour endorsed thereon by me to, **MONICKA CREARY,  INTAKE SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of Corporation, pursuant to F.S. 48.081 (3)(a).

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: BLACK, Height: 5'8", Weight: 130, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

Chris Yeoman
SPS #262

Subscribed and Sworn to before me by means of [x] physical presence or [ ] online notarization this the ____ day of _____ by the affiant who is personally known to me

_____
NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

SHERMAN & ASSOCIATES, LLC
P.O BOX 1300
FT.MYERS, FL 33902-1300
(239) 437-9600

Our Job Serial Number: CRD-2022000517

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                    CIVIL ACTION

Wilfredo Maribona
     Plaintiff(s),

vs.                                              CASE NO:  11-2022-CA-000129-0001-XX

Walmart Stores East Lp
     Defendant(s).

## STANDING ORDER IN CIRCUIT CIVIL CASES IN THE TWENTIETH JUDICIAL CIRCUIT

PURSUANT to Florida Rule of Civil Procedure 1.200(a), Florida Rule of Judicial
Administration 2.545, and Administrative Order 1.13 entered by the Chief Judge of this Circuit,
the parties are ordered to adhere to the following information and procedures applicable to civil
lawsuits:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order
   with each Summons issued in this case. One copy of this Order is to be filed with the
   Clerk of the Circuit Court with proof of service. The Plaintiff shall pay the appropriate
   statutory clerk's fees on copies for each Standing Order issued and attached to the
   Summons.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has
   established guidelines for the prompt processing and resolution of civil cases. This
   Court has adopted a case management system to help meet those guidelines. In
   contested cases (other than residential foreclosures, involuntary commitment of
   sexually violent predators, Extraordinary Writs, 90 day Notice of Medical Malpractice
   Claim, and Administrative Appeals), the parties are required to participate in the case
   management system. The Court will issue a Case Management Plan after 150 days of
   the filing of a case in the event the parties have not submitted an Agreed Case
   Management Plan that has been approved by the Court. However, if it becomes
   necessary to amend the court-issued Case Management Plan, the parties may submit
   an Agreed Case Management Plan, subject to approval by the Court, or if the parties
   cannot agree on an Amended Plan, the parties may request a case management
   conference. The form of the Agreed Case Management Plan may be accessed at the
   Court's website at: http://www.ca.cjis20.org/web/main/civil.asp. If a case
   management conference is scheduled, attendance by trial counsel and those parties
   who are not represented by counsel is mandatory.

   Unless all of the Defendants have been served and have defaulted, an Agreed Case
   Management Plan will be submitted to the Civil Case Manager via email at
   collieragreedplan@ca.cjis20.org on or before 150 days from the date of filing the
   initial complaint.

3. **ALTERNATIVE DISPUTE RESOLUTION (ADR).** ADR provides parties with an
   out-of-court alternative to settling disagreements. The Court requires the parties to
   participate in ADR prior to trial. Mediation is mandatory unless the parties agree to

another form of ADR. Mediation is a conference at which an independent third party attempts to arrange a settlement between the parties. The Court, at its discretion, may order the case be referred to Non-Binding Arbitration. Non-Binding Arbitration is the process in which the court refers a case to a registered arbitrator, or panel of arbitrators, who will hear evidence and make an award which may become a final judgment if a Motion for Trial De Novo is not timely filed pursuant to Fla. R. Civ. P. 1.820(h).

4.  **FAILURE TO PROSECUTE.** The Court will issue a Notice of Intent to Dismiss a case if there is no record of activity within a ten (10) month period of time.

5.  **RULES OF PROFESSIONALISM.** The Twentieth Judicial Circuit has adopted Administrative Order 2.20, which sets forth standards of professional courtesy and conduct for all counsel or pro-se litigants practicing within the Circuit. The Court requires that all familiarize themselves and comply with Administrative Order 2.20. Administrative Order 2.20 may be viewed on the Court's website at: http://www.ca.cjis20.org/web/main/ao_admin.asp.

**DONE AND ORDERED** in Chambers at Naples, Collier County, Florida, on this 26th of January, 2022

_Lauren L. Brodie_
_____
Lauren L Brodie, Circuit Judge

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                           Case No. 2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### DEFENDANT WALMART STORES EAST, LP'S RESPONSES
### TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Defendant, WALMART STORES EAST, LP, by and through its undersigned

attorneys, in Response to Plaintiff's Request for Admissions, served with Summons and

Complaint, states as follows:

1. You were properly named in the complaint.

    **RESPONSE:**        **Admit.**

2. Venue is appropriate.

    **RESPONSE:**        **Admit.**

3. The Court has jurisdiction over the parties.

    **RESPONSE:**        **Admit.**

4. You are the appropriate party to the case based on the allegations contained in

the Complaint.

    **RESPONSE:**        **Denied.**

5. The Plaintiff was not negligent in causing the incident alleged in the Complaint.

    **RESPONSE:**        **Denied.**

6.  That Plaintiff suffered a permanent injury as a result of the incident which is the subject of this lawsuit.

**RESPONSE:**       **Denied.**

7.  That the Plaintiff was injured in the incident which is the subject of this lawsuit.

**RESPONSE:**       **Denied.**

8.  At all times material hereto, you leased, rented, possessed, controlled, designed, and/or owned all or part of a shopping plaza located at 9885 Collier Blvd, Collier County, Florida.

**RESPONSE:**       **Admit.**

9.  You owed a duty of reasonable care to maintain your premises in a reasonably safe condition for the safety of business invitees on the premises.

**RESPONSE:**       **Admit.**

10. On or about December 11, 2018, the Plaintiff was a business invitee at your store on 9885 Collier Blvd, Collier County, Florida.

**RESPONSE:**       **Admit.**

11. You did not conduct regular inspection of your premises.

**RESPONSE:**       **Denied.**

12. The negligent conditions were known to you or had existed for a sufficient length of time so that defendant should have known of them.

**RESPONSE:**       **Denied.**

13. You failed to warn Plaintiff of the aforesaid, dangerous and unsafe conditions.

**RESPONSE:**       **Defendant denies there was a dangerous and unsafe condition.**

14. You did not provide any warnings to Plaintiff with respect to any conditions on the date and at the time of the incident alleged in the Complaint.

**RESPONSE:** **Defendant denies there was a dangerous and unsafe condition which Plaintiff should have been warned about.**

15. Plaintiff fell as a result of a change of slipperiness of the stop bar.

**RESPONSE:** **Denied.**

16. At the date and time of the incident alleged in the Complaint, there was a recording device, whether still or showing motion, capable of visually reproducing the location of the incident alleged in the complaint.

**RESPONSE:** **Admit.**

17. You have visual recording, whether still or showing motion, of Plaintiff on the date and time of the incident alleged in the Complaint.

**RESPONSE:** **Admit.**

18. You have a visual recording, whether still or showing motion, of Plaintiff after the day of the incident alleged in the Complaint.

**RESPONSE:** **Denied.**

19. All recordings of the Plaintiff made by you, if any, remain available to you.

**RESPONSE:** **Admit.**

20. Plaintiff incurred medical expenses as a result of the fall which is the subject of this lawsuit.

**RESPONSE:** **Denied.**

21. You are not being defended in this case pursuant to a reservation of rights.

**RESPONSE:**        **Admit.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL  34106
Tel:  239.302.1400
Fax:  239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this ___22nd___ day of February, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

By: /s/ Amanda J. Ross
    AMANDA J. ROSS, ESQUIRE
    Florida Bar No. 598666
    amanda.ross@henlaw.com
    tracey.salerno@henlaw.com
    MADISON A. TANNER, ESQUIRE
    Florida Bar No. 1011247
    madison.tanner@henlaw.com
    susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                      CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT WALMART STORES EAST, LP'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL

COMES NOW, the Defendant, WALMART STORES EAST, LP, by and through its undersigned counsel, and for answer to Plaintiff's Original Complaint and Demand for Jury Trial, states as follows:

1. Admit for jurisdiction, deny any inference therefrom.

2. Unknown and therefore denied.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit Defendant owed a duty pursuant to Florida law.

8. Denied, including all subparts.

9. Denied.

10. Denied.

Page 1 of 4

## AFFIRMATIVE DEFENSES

1.      Defendant alleges that the sole and proximate cause of the damages alleged by Plaintiff was the carelessness and negligence of Plaintiff, or in the alternative, the carelessness and negligence of Plaintiff contributed to the cause of the accident, such that the negligence of all the parties, if any, should be compared.

2.      Defendant alleges that any negligence of the Defendant, if any, was not the legal cause of any injuries allegedly suffered by the Plaintiff.   By this affirmative defense, Defendant is in no way admitting to negligence on its part.

3.      Defendant is entitled to a set-off of any contractual discount of medical bills or expenses, negotiated write-offs of medical bills or expenses, or negotiated agreements to pay medical bills or other expenses in the future, pursuant to the law of collateral source set-offs and Goble v. Frohman, 848 So.2d 406 (Fla. 2d DCA 2003). Alternatively, Plaintiff is not entitled to claim bills, costs, or expenses incurred but waived or not actually incurred by the Plaintiff.

4.      Defendant affirmatively alleges that pursuant to Fla. Stat. §768.81, Plaintiff's damages were caused all or in part by other persons or entities over whom Defendant had no control, pursuant to Fabre v. Marin, 623 So.2d 1182 (Fla. 1993) and Florida Statute §768.81.

5.      Defendant alleges that Plaintiff has received payment from collateral sources.

6.      The injuries and damages alleged by Plaintiff are the result of pre-existing medical conditions, and, accordingly, Defendant has no responsibility or liability for Plaintiff's claimed damages.

7. Defendant alleges that any recovery should be reduced or barred by Plaintiff's failure to mitigate the damages alleged in one or more of the following ways:

      A) Failure to promptly obtain medical treatment;

      B) Failure to obtain proper medical treatment;

      C) Failure to follow medical advice;

      D) Failure to keep appointments.

8. The Plaintiff's recovery for medical damages is limited to only those medical expenses for which the Plaintiff has become liable; the Plaintiff may not blackboard the total amount of medical bills charged by medical providers where such providers accepted as full payment less than the actual charges. <u>Cooperative Leasing, Inc. v. Johnson</u>, 872 So.2d 956 (Fla. 2d DCA 2004).

9. At all times material, there was a lack of actual and/or constructive notice and or/insufficient notice to the Defendant of any alleged dangerous condition as alleged by Plaintiff; and therefore, Defendant had a lack of opportunity to correct same.

10. At all times material Defendant had no actual or constructive notice of any alleged dangerous condition, therefore Defendant had no duty to warn Plaintiff of same.

<u>**DEMAND FOR JURY TRIAL**</u>

Defendant demands trial by jury on all issues triable as of right by jury.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this 22nd day of February, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL 33902-0280
Telephone: 239.344.1249
Facsimile: 239.344.1542

By: /s/ Amanda J. Ross
AMANDA J. ROSS, ESQUIRE
Florida Bar No. 598666
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
MADISON A. TANNER, ESQUIRE
Florida Bar No. 1011247
madison.tanner@henlaw.com
susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                        CIVIL ACTION

WILFREDO MARIBONA,

        Plaintiff,

v.                                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

        Defendant.

_____/

## DEFENDANT WALMART STORES EAST, LP'S
## NOTICE OF SERVICE OF INTERROGATORIES TO PLAINTIFF

Defendant, WALMART STORES EAST, LP, advises that Interrogatories

numbered one through thirty, directed to Plaintiff, WILFREDO MARIBONA, have been

served on this 22nd day of February, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL  34106
Tel:  239.302.1400
Fax:  239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

Page 1 of 11

this _22nd_ day of February, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

By: _/s/ Amanda J. Ross_
    AMANDA J. ROSS, ESQUIRE
    Florida Bar No. 598666
    amanda.ross@henlaw.com
    tracey.salerno@henlaw.com
    MADISON A. TANNER, ESQUIRE
    Florida Bar No. 1011247
    madison.tanner@henlaw.com
    susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                        Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT WALMART STORES EAST, LP'S NOTICE OF SERVICE OF REQUEST TO PRODUCE TO PLAINTIFF

REQUEST PROPOUNDED TO:    PLAINTIFF, WILFREDO MARIBONA

REQUEST PROPOUNDED BY:    DEFENDANT, WALMART STORES EAST, LP

      YOU ARE HEREBY notified that the aforementioned propounding party, by and through its undersigned attorneys, and in accordance with the applicable Rules of Civil Procedure, requests the party named above to produce to the Defendant, WALMART STORES EAST, LP, at the law offices of Henderson Franklin Starnes & Holt PA, 1715 Monroe Street, Post Office Box 280, Fort Myers, Florida, within 30 days of the date of this request, for the purposes of inspecting and copying, the items described in the attached list.

      Defendant would state that the Defendant has need to examine, copy, and inspect said described items and are unable to obtain said described items by other means, or, alternatively, Defendant is otherwise entitled to said items under the applicable Rules of Civil Procedure and case law interpreting same.

Page **1** of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this ___22nd___ day of February, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL 33902-0280
Telephone: 239.344.1249
Facsimile: 239.344.1542

By: /s/ Amanda J. Ross
AMANDA J. ROSS, ESQUIRE
Florida Bar No. 598666
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
MADISON A. TANNER, ESQUIRE
Florida Bar No. 1011247
madison.tanner@henlaw.com
susan.peters@henlaw.com

## REQUEST TO PRODUCE

1.  Copy of any and all documents or photographs which establish, confirm or corroborate that you were present at the location where the alleged incident occurred on the date of the injury alleged in the Complaint.

2.  Copy of any and all documents or photographs which establish, confirm or corroborate that you slipped and/or fell at the location where the alleged incident occurred on the date of the injury alleged in the Complaint.

3.  Copy of any and all documents or photographs which establish, confirm or corroborate that the Defendant is liable for the injuries you allege in the Complaint.

4.  Copy of any and all statements (as defined in the Rules of Civil Procedure) concerning this action or the subject matter of this action previously made by the Defendant or the Plaintiff.

5.  Duplicate prints (not photocopies) of any and all photographs and videotapes relevant to the issues of liability and/or damages.

6.  Copies of any and all medical, hospital and doctor bills, including bills for prescriptions, incurred by Plaintiff in treatment of injuries which he/she allegedly received in the incident described in Plaintiff's Complaint.

7.  Copies of any and all hospital records concerning any and all hospitalizations which Plaintiff claims resulted from the subject accident which are in Plaintiff's possession or control.

8.  Copies of any and all medical records, reports, opinions, or other written memoranda from doctors, nurses, other medical practitioners, or expert witnesses containing information concerning Plaintiff's physical condition, not specifically related to this accident, which are in Plaintiff's possession or control. Savino v. Luciano, 92 So. 2d 817 (Fla. 1957).

9.  If claiming lost wages or loss of earning capacity, copies of Plaintiff's income tax returns for the five years prior to the date of the accident through the present date, together with Plaintiff's W-2 statements if employed by others or supporting documentation if self-employed.

10. Duplicate prints (not photocopies) of any and all photographs and videotapes which do or might reveal injuries which Plaintiff allegedly sustained in the incident described in Plaintiff's Complaint.

11. Copies of all reports received, either directly or by or through an attorney, from treating or examining physicians related to injuries resulting from the incident alleged in the Complaint.

12.   Any and all documents relating to all collateral sources which have been paid to Plaintiff as a result of the incident more fully described in the Complaint herein. For the purposes of this question, collateral sources means any payments made to the Plaintiff or on the Plaintiff's behalf as defined in Section 768.76, Florida Statutes.

13.   Copies of any and all written or recorded statements taken from any witnesses, or, in the alternative, if objected to, the name and address of any person from whom you or your attorneys or their representative have obtained a written or recorded statement and the date taken.  Surf Drugs, Inc., v. Vermette, 236 So. 2d 108 (Fla. 1970).

14.   A copy of Plaintiff's driver's license.

15.   A copy of Plaintiff's passport from front cover to back cover, including the inside pages, from the date of the subject accident to the present.

16.   Copies of any or all pleadings, discovery, or other materials compiled pertaining to any lawsuit, workers' compensation claim, or longshoremen's claim or Social Security claim involving injuries or damages to the Plaintiff.  Savino v. Luciano, 92 So.2d 817 (Fla. 1957).

17.   Copies of any and all written statements (including opinions), memoranda, and reports of Plaintiff(s) and his/her/their agents and employees which Plaintiff(s) expect(s) to introduce into evidence at the trial of this case.  Surf Drugs, Inc., v. Vermette; American Motors Corp. v. Ellis, 403 So. 2d 459 (Fla. 5th DCA 1981).

18.   Copies of any and all written statements (including opinions), memoranda, and reports, of any and all experts Plaintiff(s) expect(s) to call at the trial of this cause.  Mims v. Casademont, 464 So. 2d 643 (Fla. 3rd DCA 1985); Peck v. Messina, 523 So. 2d 1154 (Fla. 2d DCA 1988).

19.   Copies of any and all incident/accident reports, if applicable, relative to the subject occurrence.

20.   Copies of any and all documentation of claimed special items of damages, including receipts, canceled checks, invoices, contracts, bills, or statements.

21.   Copies of any and all photographs, slides, movie films, and videotapes taken of the Plaintiff since the accident giving rise to this lawsuit relevant to the issues of liability and/or damages.

22.   Copies of any and all notices of intent to collect damages from the tortfeasor directed towards any provider of collateral source payments pursuant to F.S. §768.76(6).  These also include proof that the notice was sent by certified or registered mail.

23. Copies of any and all statements from providers of collateral source payments which assert a right to subrogation or reimbursement pursuant to F.S. §768.76(7).

24. Copies of any and all letters of protection exchanged or provided to any of the health care practitioners involved in this case.

25. Copies of any and all documents reflecting payments made to Plaintiff or on Plaintiff's behalf as a result of the subject incident and/or damages that are the subject of this case by the following:

   (a)     The United States Social Security Act; any federal, state or local disability act; any other public programs providing medical benefits or payment for medical expenses, disability, or other similar benefits.

   (b)     Any health, sickness, or disability income insurance or other similar insurance benefits.

   (c)     Any contract or agreement of any group, organization, partnership, or corporation to provide, pay for, or reimburse costs of hospital, medical, or other health care services.

   (d)     Any contractual or other voluntary wage continuation plan provided by any employers of the Plaintiff or any other system intended to provide wages during any period of alleged disability of the Plaintiff.

   (e)     Any other collateral source whatsoever providing compensation as a result of the damages incurred as a result of the subject accident or incident which are the subject of this claim.

26. Receipt or record of all purchases and transactions made within the location where the alleged incident occurred on the date of the alleged incident.

27. Shoes worn by Plaintiff at the time of the alleged incident.

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                                CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                   Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### DEFENDANT WALMART STORES EAST, LP'S REQUEST
### FOR ADMISSIONS TO PLAINTIFF

COMES NOW the Defendant, WALMART STORES EAST, LP, by and through

its undersigned attorneys, and requests that the Plaintiff, WILFREDO MARIBONA,

admit or deny the following allegations pursuant to Florida Rule of Civil Procedure

1.370:

1.    Admit you are seeking total alleged damages against the Defendant which
exceeds $75,000.00, exclusive of interest, costs and attorneys' fees.

2.    Admit that Defendant did not have actual notice of the condition which
Plaintiff alleges was the legal cause of his/her injuries in this case.

3.    Admit that Defendant did not have constructive notice of the condition
which Plaintiff alleges was the legal cause of his/her injuries in this case.

4.    Admit that Plaintiff had in his/her possession a cellular telephone with
photographing capabilities at the time of the alleged incident.

5.    Admit that Plaintiff did not take any photograph(s) of the alleged condition
which Plaintiff alleges was the legal cause of his/her injuries in this case.

6.    Admit that at the time of receiving medical care and/or treatment for
injuries Plaintiff is alleging were caused by the incident described in the
Complaint, Plaintiff had health insurance.

7.    Admit that at the time of receiving medical care and/or treatment for
injuries Plaintiff is alleging were caused by the incident described in the
Complaint, Plaintiff had Medicare and/or Medicaid.

Page 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this ___22nd___ day of February, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL 33902-0280
Telephone: 239.344.1249
Facsimile: 239.344.1542

By: /s/ Amanda J. Ross
AMANDA J. ROSS, ESQUIRE
Florida Bar No. 598666
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
MADISON A. TANNER, ESQUIRE
Florida Bar No. 1011247
madison.tanner@henlaw.com
susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                          Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT WALMART STORES EAST, LP'S
## NOTICE OF SERVICE OF MEDICARE INTERROGATORIES TO PLAINTIFF

    Defendant, WALMART STORES EAST, LP, advises that Medicare

Interrogatories numbered one through thirteen, directed to Plaintiff, WILFREDO

MARIBONA, have been served on this _22nd_ day of February, 2022.


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

Page 1 of 6

this __22nd__ day of February, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

By: /s/ Amanda J. Ross
AMANDA J. ROSS, ESQUIRE
Florida Bar No. 598666
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
MADISON A. TANNER, ESQUIRE
Florida Bar No. 1011247
madison.tanner@henlaw.com
susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No. 2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT WALMART STORES EAST, LP'S NOTICE OF SERVICE OF REQUEST TO PRODUCE TO PLAINTIFF IN COMPLIANCE WITH MEDICARE SECONDARY PAYOR ACT

REQUEST PROPOUNDED TO:    PLAINTIFF, WILFREDO MARIBONA

REQUEST PROPOUNDED BY:    DEFENDANT, WALMART STORES EAST, LP

      YOU ARE HEREBY notified that the aforementioned propounding party, by and through its undersigned attorneys, and in accordance with the applicable Rules of Civil Procedure, requests the party named above to produce to the Defendant, WALMART STORES EAST, LP, at the law offices of Henderson Franklin Starnes & Holt PA, 1715 Monroe Street, Post Office Box 280, Fort Myers, Florida, within 30 days of the date of this request, for the purposes of inspecting and copying, the items described in the attached list.

      Defendant would state that the Defendant has need to examine, copy, and inspect said described items and are unable to obtain said described items by other means, or, alternatively, Defendant is otherwise entitled to said items under the applicable Rules of Civil Procedure and case law interpreting same.

Page **1** of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this ___22nd___ day of February, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL 33902-0280
Telephone: 239.344.1249
Facsimile: 239.344.1542

By: /s/ Amanda J. Ross
    AMANDA J. ROSS, ESQUIRE
    Florida Bar No. 598666
    amanda.ross@henlaw.com
    tracey.salerno@henlaw.com
    MADISON A. TANNER, ESQUIRE
    Florida Bar No. 1011247
    madison.tanner@henlaw.com
    susan.peters@henlaw.com

## **REQUEST TO PRODUCE**

1.    Copy of Plaintiff's birth certificate.

2.    Copy of Plaintiff's social security card.

3.    Copy of Plaintiff's Medicare Health Insurance Claim Number Card front and back.

4.    Copy of any Medicare prescription / RX Insurance cards front and back.

5.    Copy of any or Medicare supplemental or Medicare Advantage cards, front and back.

6.    Copies of any correspondence that has been sent or received from; or any documents concerning Plaintiff that have been sent to or received from:

    (a)    The Social Security Administration;

    (b)    The Department of Health and Human Services;

    (c)    The Centers for Medicare and Medicaid Services (CMS);

    (d)    CMS' Coordination of benefits contractor; and

    (e)    Any state or federal agency regarding Medicare benefits or Social Security Disability Income (SSDI) payment.

7.    Copies of any documents evidencing payments to medical providers or facilities made on behalf of Plaintiff from:

    (a)    The Social Security Administration;

    (b)    The Department of Health and Human Services;

    (c)    The Centers for Medicare and Medicaid Services (CMS); and

    (d)    CMS' Coordination of benefits contractor.

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

**Plaintiff,**                                    CASE NO. 2022-CA-000129

**vs.**

**WAL-MART STORES EAST, LP,**

**Defendant.**

_____ /

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby responds to the Defendant's Request for Admissions dated February 22, 2022, as follows:

1. Objection – attorney-client privilege – Plaintiff is a lay person and to respond to this request she relies on the advice of counsel as to the potential value of the case. Additionally, Plaintiff seeks all allowable damages under Florida law, the amount of which is yet to be determined. Plaintiff's injuries and treatment are ongoing, and meaningful discovery has yet to commence.
2. Unknown pending discovery; therefore, Denied.
3. Unknown pending discovery; therefore, Denied.
4. Admitted
5. Admitted
6. Admitted
7. Admitted

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this 4th day of March, 2022. by electronic mail service through the E-portal to the following;  Amanda J. Ross, Esq. Amanda.ross@henlaw.com; tracey.salerno@henlaw.com; Madison A. Tanner, Esq. Madison.tanner@henlaw.com; susan.peters@henlaw.com.

*/s/ Malcolm A. Purow*

MALCOLM A. PUROW, ESQUIRE
FBN:  282790
Kelleher Law, P.A.
Attorney for Plaintiff
P.O. Box 3218
Naples, FL 34106
Tel: (239) 302-4400
Fax: (239) 785-1685
Email: mpurow@jimforjustice.com
          roslick@jimforjustice.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                    CIVIL ACTION

WILFREDO MARIBONA,

       Plaintiff,

v.                                                            Case No.  2022-CA-000129

WALMART STORES EAST, LP,

       Defendant.

_____/

## DEFENDANT WALMART'S NOTICE OF SERVICE OF ANSWERED INTERROGATORIES

       YOU ARE HEREBY NOTIFIED that the Answered Interrogatories, as described below, have been completed and furnished to all counsel of record.

| | |
|---|---|
| INTERROGATORIES PROPOUNDED BY: | PLAINTIFF |
| DATED: | SERVED WITH SUMMONS AND COMPLAINT |
| INTERROGATORIES DIRECTED TO: | DEFENDANT WALMART |
| ORIGINAL FURNISHED TO: | MALCOLM A. PUROW, ESQ. |

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685

Page **1** of **6**

mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this _____ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

By: /s/ Amanda J. Ross
    AMANDA J. ROSS, ESQUIRE
    Florida Bar No. 598666
    amanda.ross@henlaw.com
    tracey.salerno@henlaw.com
    MADISON A. TANNER, ESQUIRE
    Florida Bar No. 1011247
    madison.tanner@henlaw.com
    susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### DEFENDANT WALMART'S RESPONSE TO  REQUEST TO PRODUCE

COME NOW the Defendant, WALMART STORES EAST, LP, by and through undersigned attorneys, and in Response to the Plaintiff's Request to Produce, served with the Summons and Complaint, states as follows:

1. Any and all policies of insurance, including any and all primary, umbrella and excess policies, which cover or may cover the Defendant or Plaintiff for any or all of the allegations set forth in the Complaint filed in this case.

**RESPONSE:  Objection. The discovery of the existence and/or specific terms of any and all insurance coverage is not reasonably calculated to lead to the discovery of admissible evidence.  Without waiving the same, please see the attached copy of the Declarations Page of the applicable insurance policy attached as Exhibit A.**

2. All insurance policies in full force and effect on the date of the accident, incident or event that is the subject matter of this lawsuit under which the Plaintiff(s) is or might be eligible to receive, medical, health, hospital, accident, disability, sickness, social security, worker's compensation, income disability, wage continuation and/or other similar benefits.

**RESPONSE:  See answer to No. 1 above.**

3. Any and all writings, recordings, tapes, videos, records, memoranda, notes, or other material in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees reflecting statements, including but not limited to those described in Fla. R. Civ. P 1.280, made by the Plaintiff or Plaintiffs employees or agents regarding any of the issues in this case.

Page **1** of **7**

**RESPONSE:  None in Defendant's possession.**

4. Any and all writings, records, memoranda, notes, or other material in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees reflecting statements, including but not limited to those described in Fla. R. Civ. P 1.280, made by any and all witnesses regarding any of the issues in this case.

**RESPONSE:  None in Defendant's possession.**

5. Any and all photographs taken by or on behalf of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees which are in any manner related to the subject matter of this lawsuit. This request includes, but is not limited to, any and all photographs depicting the scene of the incident or event that is the subject matter of this lawsuit, and photographs taken of the Plaintiff If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

**RESPONSE:  Objection; work product.  Subject to and notwithstanding the same, two color photographs are attached as Exhibit B.**

6. Any and all movies, motion pictures, videotapes or reproductions of the accident, incident or event that is the subject matter of this lawsuit taken by or on behalf of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees which are in any manner related to the subject matter of this lawsuit. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

**RESPONSE:  A copy of the Walmart surveillance video pertaining to the subject incident is being produced simultaneously with this Response.**

7. Any and all movies, motion pictures, videotapes or reproductions taken at, on, near, from, around, or inside the premises set forth in the Complaint from two hours before to two hours after the accident, incident or event that is the subject matter of this lawsuit This request specifically includes all recordings of your store and premises videorecording system and requests the highest possible resolution and individual camera recordings as well as multiple cameras on a single screen. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the

negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

**RESPONSE:  Objection.  In the normal course of business, Defendant preserves the surveillance videotape pertaining to an incident one hour before and one hour after the subject incident.  Such surveillance video has been requested and will be provided upon receipt.**

8. Any and all photographs, movies, motion pictures, slides, films, videotapes, audiotapes, records, reports and other writings or recorded representations relating in any way to any surveillance conducted on the Plaintiff by the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees. If the original was taken digitally, then a copy of the actual digital file(s) is requested on compact disc or DVD. If the original was taken on film, both a photographic quality print and the negatives are requested to be produced. If the original source was a non-digital tape, then a copy of the tape is requested. If the original source was lost, damaged or destroyed, please state same and provide a color laser copy of whatever remains in your possession.

**RESPONSE:  None other than the surveillance video identified in No. 6 and 7 above.**

9. Any charts, drawings, graphs, diagram; or other documentary evidence involving the subject matter of this lawsuit which are expected to be offered as evidence at the time of trial.

**RESPONSE:  Unknown at this time.**

10. Any and all medical records, reports, opinions, or other writings in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees, received from doctors, physicians, nurses, other health care providers or anyone else who saw, examined, or rendered care or treatment to the Plaintiff(s) or from any hospitals where the Plaintiff(s) was/were seen, examined or treated for injuries or conditions that were or may have been sustained as a result of the accident, incident or event that is the subject of this lawsuit This request does not include any records provided directly from Plaintiff.

**RESPONSE:  None in Defendant's possession.**

11. Any and all other medical reports, opinions, or other writings in the care, custody, possession or control of the Defendant or the Defendant's attorneys, investigators, agents, representatives, servants or employees, from doctors, physicians, nurses, other health care providers or anyone else who saw, examined, or rendered care or treatment to the Plaintiff(s) or from any hospitals where the Plaintiff(s) was/were seen, examined or treated for injuries or conditions not related to the accident, incident

**materials prepared in anticipation of litigation and as such are protected by the work-product privilege. Finally, Defendant objects because the request calls for the production of information related to customers. Without waiving said objections, there was no substantially similar incidents in the parking lot of the subject store within the six months prior to the alleged date of loss.**

19. All incident reports or other documentation of any alleged full-down, trip/slip or fall incidents at this same location for the preceding four (4) years prior to this incident at issue.

**RESPONSE: Objection. Request is overly broad as to time frame (four years) and request is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects as this request calls for the production of materials prepared in anticipation of litigation and as such are protected by the work-product privilege. Finally, Defendant objects because the request calls for the production of information related to customers. Without waiving said objections, there was no substantially similar incidents in the parking lot of the subject store within the six months prior to the alleged date of loss.**

20. Any charts, drawings, graphs, blueprints, sketches, schematics, diagrams, planograms, or other documentary evidence involving the layout of your premises as alleged in the complaint during the month of the incident.

**RESPONSE: The Walmart Site Plan is attached as <u>Exhibit C.</u>**

21. Any and all agreements the Defendant(s) has/have made with anyone that would limit that party's liability to anyone for any of the damages in this case.

**RESPONSE: None.**

22. All documents to any third party regarding or putting any third party on notice of any claims made by Plaintiff whether indemnity or defense is sought or not.

**RESPONSE: None. Defendants advised Joe Campolong of the potential claim on March 23, 2021.**

23. Documents illustrating any safety devices available to employees in any of your properties, including but not limited to: warning devices, signs, cones, tapes, barricades, garbage cans, barriers, mats, and non-skid surfaces.

**RESPONSE: Objection. Request is over broad as to "any safety device at any property" and vague as to "documents illustrating."**

24. Any documents identifying or specifying the flooring or surface material in the area of the incident, the lighting, physical dimensions and last material repairs or renovations prior to the incident.

**RESPONSE: Objection. Request is overly broad as subject incident occurred in the parking lot and request is not limited to the same.**

25. Documentation of the proper legal name for the entity alleged in the Complaint, if not properly alleged.

**RESPONSE: The proper legal name for the Defendant is Walmart Stores East, LP.**

26. Any document you rely upon to support your denial of any Request for Admissions.

**RESPONSE: See Exhibits identified as A through C above.**

27. Personnel files of each and every employee with knowledge of the incident alleged in the Complaint.

**RESPONSE: Objection. Request is irrelevant, not reasonably related to the allegations in the Complaint, and not likely to lead to admissible evidence. Refer to Defendant's Answers to Interrogatories to identify Walmart employee(s) having knowledge of the subject incident.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this _____ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL 33902-0280

Page **6** of **7**

Telephone:  239.344.1249
Facsimile:  239.344.1542

By: /s/ Amanda J. Ross

    AMANDA J. ROSS, ESQUIRE
    Florida Bar No. 598666
    amanda.ross@henlaw.com
    tracey.salerno@henlaw.com
    MADISON A. TANNER, ESQUIRE
    Florida Bar No. 1011247
    madison.tanner@henlaw.com
    susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                                                              CIVIL ACTION

WILFREDO MARIBONA,

        Plaintiff,

v.                                                                                          Case No. 2022-CA-000129

WALMART STORES EAST, LP,

        Defendant.

_____/

### DEFENDANT WALMART'S PRIVILEGE LOG

        Defendant, Walmart Stores East, LP, by and through its undersigned attorneys, hereby objects and asserts a privilege with respect to any documents that are deemed categorically privileged (*See Tedrow v. Cannon*, 186 So. 3d 43 (Fla. 2d DCA 2016); *Fireman's Fund Ins. Co. v. Signorelli*, 681 So. 2d 720, (Fla. 2d DCA 1996), as well as the following specific documents:

| NO. | DESCRIPTION | PRIVILEGE |
|-----|-------------|-----------|
| 1. | Walmart Incident Report | Work Product |

### CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com

Page **1** of **2**

roslick@jimforjustice.com
Attorney for Plaintiff

this _____ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL 33902-0280
Telephone: 239.344.1249
Facsimile: 239.344.1542

By: /s/ Amanda J. Ross
   AMANDA J. ROSS, ESQUIRE
   Florida Bar No. 598666
   amanda.ross@henlaw.com
   tracey.salerno@henlaw.com
   MADISON A. TANNER, ESQUIRE
   Florida Bar No. 1011247
   madison.tanner@henlaw.com
   susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                              CIVIL ACTION

IN RE:  THE MATTER OF

**WILFREDO MARIBONA**

     **Plaintiff(s),**

**vs.**                                                    **CASE NO:     22-CA-000129**

**WAL-MART STORES EAST, LP,**

     **Defendant(s).**

_____/

## ORDER OF REFERRAL TO THE MAGISTRATE

     **THIS CAUSE** came on before the court upon the court's own motion and the Court, being duly advised in the premises, it is:

     **ORDERED** that this case is referred to General Magistrate PAMELA BARGER for further proceedings, pursuant to Rule 1.490(a), Rule 1.490(c), Florida Rules of Civil Procedure, and current Administrative Orders of the Court. This referral is subject to the consent of all parties, pursuant to Rule 1.490(c) of the Florida Rules of Civil Procedure. The Magistrate shall hold such hearings as deemed necessary and shall file, as soon as practicable, a Recommended Order of the General Magistrate.

     **IF REQUIRED BY THE MAGISTRATE, THE ATTORNEYS SHALL PREPARE A RECOMMENDED ORDER OF THE MAGISTRATE.  FAILURE TO SUBMIT SAID RECOMMENDED ORDER OF THE MAGISTRATE ON A TIMELY BASIS MAY RESULT IN SANCTIONS BEING IMPOSED BY THE CIRCUIT COURT JUDGE.**

**THIS CASE IS REFERRED TO THE MAGISTRATE** on the following issues:

| | | | |
|---|---|---|---|
| [X] | All Discovery Motions | [ ] | Motion for Contempt |
| [ ] | Motion for Protective Order | [ ] | Motion for Sanctions |
| [ ] | Motion to Transfer Venue | [ ] | Motion to Add/Substitute Parties |
| [ ] | Motion to Withdraw | [ ] | Motion to Intervene |
| [ ] | Motions Directed to Pleadings | [ ] | Orders to Show Cause |
| [ ] | Motion to Amend | [ ] | Summary Judgment |
| [ ] | Pretrial Conference | [ ] | Motion for Attorney's Fees/Costs |
| [ ] | Status/Case Management Conference | [ ] | Trial/Final Judgment |
| [ ] | Motion to Compel _____ | [ ] | Motion to Dismiss |
| [ ] | Motion to Strike _____ | [ ] | OTHER: _____ |

**AND ANY OTHER MATTER RELATED THERETO.**

     **IT IS FURTHER ORDERED** that the above matter(s) and responses are referred to Magistrate **PAMELA BARGER** for further proceedings, pursuant to the applicable Florida Rules of Procedure and current administrative orders of the court. A time and place shall be assigned for the proceedings as soon as reasonably possible after this referral is made and notice shall be given to each of the parties either by the Magistrate or one or more of the parties.

     **A REFERRAL TO A MAGISTRATE REQUIRES THE CONSENT OF ALL PARTIES. YOU ARE ENTITLED TO HAVE THIS MATTER HEARD BY A JUDGE.  IF YOU DO NOT WANT TO HAVE THIS MATTER HEARD BY THE MAGISTRATE, YOU MUST FILE A WRITTEN OBJECTION TO THE REFERRAL WITH THE CLERK OF COURT PRIOR TO COMMENCEMENT OF THE HEARING. A COPY OF THE WRITTEN OBJECTION SHALL**

**ALSO BE PROVIDED TO THE CIRCUIT JUDGE ASSIGNED TO THE CASE. FAILURE TO FILE A WRITTEN OBJECTION IS DEEMED TO BE CONSENT TO THE REFERRAL. IF AN OBJECTION IS FILED, THE PARTY OR THE PARTY'S COUNSEL IS ADVISED THAT TO AVOID THE POSSIBLE IMPOSITION OF SANCTIONS, TO FILE SAID OBJECTION BOTH IN WRITING AND IN A TIMELY MANNER, WHICH WILL PROMOTE PROFESSIONAL COURTESY AND AVOID UNNECESSARY INCONVENIENCE TO THE COURT AND THE OPPOSING PARTY.**

The General Magistrate is authorized to administer oaths and conduct hearings, as may be deemed necessary, which may include the taking of evidence. As soon as practicable, the General Magistrate shall file a Report and Recommendation, that contains findings of fact, conclusions of law, and the recommendation as to a ruling by the Court, and shall submit, as may be appropriate, a Recommended Order of General Magistrate.

Review of the Report and Recommendation made by the General Magistrate shall be by exceptions filed within 10 days after it is served, as provided in Rule 1.490(h), Florida Rules of Civil Procedure. Any party may file cross-exceptions within 5 days from the service of the exceptions. If no exceptions are timely filed, the Court shall take appropriate action on the report. If exceptions are timely filed, the Court shall resolve the exceptions at a hearing on reasonable notice.

Any party filing exceptions will be required to provide the Court with a record sufficient to support the exceptions, or the exceptions may be denied. A record sufficient to support exceptions may require a written transcript of the relevant proceedings. The record shall include the court file, designated portions of the transcript of proceedings before the General Magistrate, and all depositions and evidence presented to the General Magistrate. The designated transcript portions must be delivered to the Court and all other parties at least 48 hours before the hearing. If the party filing exceptions prepares less than a full transcript of the proceeding before the General Magistrate, that party must promptly file a notice designating the portions of the transcript that will be transcribed, and the other parties must be given reasonable time after service of the notice to arrange for the preparation and designation of other portions of the transcript for the Court to consider at the hearing.

Though civil proceedings before a Judge are not electronically recorded by the Court, parties are advised that civil proceedings before a Magistrate will be electronically recorded by the Court. However any party may elect to provide a live Court Reporter at that party's own expense. If a live Court Reporter is provided by either party, requests for transcripts must be submitted to that Court Reporter. If no live Court Reporter is provided by a party, a party may request an electronic certified copy of the proceeding on CD, at that party's expense, and may then have the recording transcribed, at that party's expense. Providing the Court with a copy of the CD, instead of a certified written transcript, is insufficient for review of exceptions by the Court. Media request forms, procedures, and fees, and a list of approved Transcriptionists are available on the Court's website, www.ca.cjis20.org , or by calling the Court's Electronic Court Reporting Department at 239-252-8800.

After conclusion of the proceedings, if exceptions to the Magistrate's Report are filed, **A COPY OF SAME SHALL BE CONTEMPORANEOUSLY SUBMITTED TO THE MAGISTRATE.**

**DONE AND ORDERED** in Chambers in Naples, Collier County, Florida this _____ day of _____, 2022.

eSigned by Hayes, Hugh D in 11-2022-CA-000129-0001-XX 03/15/2022 09:53:44 CJtsJKAK

Lauren L. Brodie
Circuit Court Judge

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## STIPULATION ON CONFIDENTIALITY ORDER

The Plaintiff, WILFREDO MARIBONA, and Defendant, WALMART STORES

EAST, by and through its undersigned counsel, stipulate and agree to the entry of the

Order on Confidentiality Agreement.

| | |
|---|---|
| KELLEHER LAW, P.A. | HENDERSON FRANKLIN STARNES & HOLT PA |
| Attorneys for Plaintiff | Attorneys for Defendant |
| P.O. Box 3218 | Post Office Box 280 |
| Naples, FL  34106 | Fort Myers, FL 33902 |
| Tel:  239-302-1400 | Tel: 239-344-1249 |

By:/s/ *Malcolm A. Purow*          By:/s/ *Amanda J. Ross*
   Malcolm A. Purow               Amanda J. Ross
   Florida Bar No.  282790         Florida Bar No.  598666

Dated: **03/21/22**              Dated: **03/21/22**

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 03/21/2022 09:17:51 AM

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

               Plaintiff,                    CASE NO. 2022-CA-000129

vs.

WALMART STORES EAST, L.P.,

               Defendant.

_____ /

### PLAINTIFF'S NOTICE OF SERVICE
### OF ANSWERS TO MEDICARE INTERROGATORIES

COMES NOW the Plaintiff, Wilfredo Maribona, by and through undersigned counsel, and hereby submits this Notice of Service of Answers to Defendant's Medicare Interrogatories propounded upon Plaintiff on or about 2/22/22.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this 21st, day of March, 2022 to all counsel of record via the Florida e-file portal.

*/s/ Malcolm A. Purow*
_____
MALCOLM A. PUROW, ESQUIRE
FBN: 282790
Kelleher Law, P.A.
Attorney for Plaintiff
P.O. Box 3218
Naples, FL 34106
Tel: (239) 302-4400
Fax: (239) 785-1685
Email: mpurow@jimforjustice.com
            roslick@jimforjustice.com

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA,

              **Plaintiff,**                            **CASE NO. 2022-CA-000129**

**vs.**

WALMART STORES EAST, L.P.,

              **Defendant.**

_____ /

## PLAINTIFF'S NOTICE OF SERVICE
## OF ANSWERS TO INTERROGATORIES

      COMES NOW the Plaintiff, Wilfredo Maribona, by and through undersigned counsel, and hereby submits this Notice of Service of Answers to Defendant's Interrogatories propounded upon Plaintiff on or about 2/22/22.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this 21st , day of March, 2022 to all counsel of record via the Florida e-file portal.

                                   */s/ Malcolm A. Purow*
                                 MALCOLM A. PUROW, ESQUIRE
                                 FBN: 282790
                                 Kelleher Law, P.A.
                                 Attorney for Plaintiff
                                 P.O. Box 3218
                                 Naples, FL 34106
                                 Tel: (239) 302-4400
                                 Fax: (239) 785-1685
                                 Email: mpurow@jimforjustice.com
                                             roslick@jimforjustice.com

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA

        Plaintiff,                 CASE NO: 2022-CA-000129

v.

WALMART STORES EAST, LP,

        Defendant,

_____

## PLAINTIFF'S ANSWERS TO DEFENDANT'S REQUEST TO PRODUCE IN COMPLIANCE WITH MEDICARE SECONDARY PAYOR ACT

COME NOW the Plaintiff, Wilfredo Maribona, by and through their undersigned counsel, and hereby provides the attached answers to Defendant's Request for Production in Compliance with Medicare Secondary Payor Act.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on the above Defendant, through counsel, by electronic service this 18th day of March, 2022.

                          _/s/ *Malcolm A. Purow*

                          MALCOLM A PUROW, ESQ
                          FBN: 282790
                          Kelleher Law, P.A.
                          Attorney for Plaintiff
                          P.O. Box 3218
                          Naples, FL 34106
                          Tel: (239) 302-4400
                          Fax: (239) 785-1685
                          E-mail: mpurow@jimforjustice.com

## <u>RESPONSE TO REQUEST FOR PRODCUTION IN COMPLIANCE WITH<br>MEDICARE SECONDARY PAYOR ACT</u>

1. None in Plaintiff's Possession

2. None in Plaintiff's Possession

3. Attached

4. None

5. Attached

6. Attached

7. None in Plaintiff's Possession

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

       Plaintiff,

v.                                  Case No.  2022-CA-000129

WALMART STORES EAST, LP,

       Defendant.

_____/

## DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES

       YOU ARE HEREBY NOTIFIED that after ten (10) days from the date of service hereof, if service is by delivery, or ten (10) days from the date of service, if service is by mail, if no objection is received from any party, the undersigned will issue or apply to the Clerk of this court for issuance of the attached Subpoenas directed to the following non-parties, to produce the items listed at the time and place specified in the Subpoena.

1.      JC Penney Optical

2.      Collier Physicians Regional

3.      University of Miami Health

4.      Dr. Michele R. D'Apuzzo

5.      Dr. Aldo Beretta

6.      Collier Blvd. HMA

7.      Ideal Physical Therapy

8.      Dr. Cesar DeLeon

9.      D. Jay Wang

Page **1** of **3**

10.     Walgreens

11.     Collier Blvd CBO

12.     Oscar Nieves, DC/Naples Community Injury Center

13.     Orthofix

14.     Paragon Contracting Services

15.     Integrated Emergency Medicine

16.     Radiology Associates of South Florida

17.     CIGNA

18.     AARP United Health Advantage Plan

19.     City of Naples (employment)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL  34106
Tel:  239.302.1400
Fax:  239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this _23rd_ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249

Facsimile:  239.344.1542

By: _/s/ Amanda J. Ross_

AMANDA J. ROSS, ESQUIRE
Florida Bar No. 598666
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
MADISON A. TANNER, ESQUIRE
Florida Bar No. 1011247
madison.tanner@henlaw.com
susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                               Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                    Medical Records Custodian
                    JC Penney Optical
                    2076 9th Street N.
                    Naples, FL  34102

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

      *********PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS******

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney**

whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross _____
Attorneys for Defendants
Henderson, Franklin, Starnes & Holt, P.A.
Post Office Box 280
Fort Myers, Florida  33902-0280
239.344-1100
Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                    CIVIL ACTION

WILFREDO MARIBONA,

        Plaintiff,

v.                                               Case No.  2022-CA-000129

WALMART STORES EAST, LP,

        Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                        Medical Records Custodian
                        Collier Physicians Regional
                        8300 Collier Boulevard
                        Naples, FL  34114

        YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

        **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

        THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
   Attorneys for Defendants
   Henderson, Franklin, Starnes & Holt,
   P.A.
   Post Office Box 280
   Fort Myers, Florida  33902-0280
   239.344-1100
   Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                               Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

           Medical Records Custodian
           University of Miami Health
           1400 NW 12th Street
           Miami, FL  33136

YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

**PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT**.  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
  Attorneys for Defendants
  Henderson, Franklin, Starnes & Holt,
  P.A.
  Post Office Box 280
  Fort Myers, Florida  33902-0280
  239.344-1100
  Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                        CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                                       Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

            Medical Records Custodian
            Dr. Michele R. D'Apuzzo
            1321 NW 14th, Suite 306
            Miami, FL  33125

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO**:

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT**.  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                             Case No. 2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

               Medical Records Custodian
               Dr. Aldo Beretta
               8340 Collier Boulevard, Suite 103
               Naples, FL 34114

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

*********PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS******

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt, P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                            Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

        Medical Records Custodian
        Collier Blvd HMA
        24231 Walden Center Drive, Suite 201
        Bonita Springs, FL  34134

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
     Attorneys for Defendants
     Henderson, Franklin, Starnes & Holt,
     P.A.
     Post Office Box 280
     Fort Myers, Florida  33902-0280
     239.344-1100
     Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                    Medical Records Custodian
                    Ideal Physical Therapy
                    8595 Collier Boulevard, Suite 115
                    Naples, FL  34114

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office -- our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
Attorneys for Defendants
Henderson, Franklin, Starnes & Holt, P.A.
Post Office Box 280
Fort Myers, Florida  33902-0280
239.344-1100
Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                       Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                    Medical Records Custodian
                    Dr. Cesar DeLeon
                    501 Goodlette Road, N., Suite A-100
                    Naples, FL

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross
Attorneys for Defendants
Henderson, Franklin, Starnes & Holt,
P.A.
Post Office Box 280
Fort Myers, Florida  33902-0280
239.344-1100
Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                        CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

          Medical Records Custodian
          D. Jay Wang
          8350 Sierra Meadows Blvd.
          Naples, FL

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

*********PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS******

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

                              AMANDA J. ROSS
                              For the Court

                              By: /s/ Amanda J. Ross_____
                                  Attorneys for Defendants
                                  Henderson, Franklin, Starnes & Holt, P.A.
                                  Post Office Box 280
                                  Fort Myers, Florida  33902-0280
                                  239.344-1100
                                  Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                 Case No. 2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

               Medical Records Custodian
               Walgreens
               30 Golden Gate Blvd., W.
               Naples, FL  34120

YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

**PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                        Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                Medical Records Custodian
                Collier Blvd CBO
                6101 Pine Ridge Road
                Naples, FL 34119

YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following: Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**. All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

**PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the reasonable cost of preparing the copies." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "reasonable cost" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed $50.00, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

THESE ITEMS WILL BE inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT**.  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344.1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                          CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                Medical Records Custodian
                Oscar Nieves, DC
                Naples Community Injury Center
                1660 Medical Boulevard, Suite 302
                Naples, FL  31140

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items

to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                            CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                Medical Records Custodian
                Orthofix
                PO Box 849806
                Dallas, TX  75824

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                               Case No.  2022-CA-000129


WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                    Medical Records Custodian
                    Paragon Contracting Services
                    PO Box 634710
                    Cincinnati, OH  45263

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

      **\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: _/s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

       Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

       Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

               Medical Records Custodian
               Integrated Emergency Medicine
               PO Box 10569
               Daytona Beach, FL  32120

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the reasonable cost of preparing the copies." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "reasonable cost" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed $50.00, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt, P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                            Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.
_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                Medical Records Custodian
                Radiology Associates of South Florida
                8900 N. Kendall Drive
                Miami, FL  33176

     YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

     **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

     THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.**, on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
     Attorneys for Defendants
     Henderson, Franklin, Starnes & Holt,
     P.A.
     Post Office Box 280
     Fort Myers, Florida  33902-0280
     239.344-1100
     Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                          CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

        Insurance Records Custodian
        CIGNA
        PO Box 182223
        Chattanooga, TN  37422

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  any and all records concerning claims made under the policy issued to **WILFREDO MARIBONA,** including but not limited to any and all applications, wage verification and statement, attending physician reports, payment logs, claims records, correspondence, photographs, investigative materials, and all other tangible items, etc., concerning claims made by Wilfredo Maribona. All records should be all inclusive of any information concerning the insured.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: _/s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida 33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

          Insurance Records Custodian
          AARP United Health Advantage Plan
          PO Box 31362
          Salt Lake City, UT  84131

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  any and all records concerning claims made under the policy issued to **WILFREDO MARIBONA,** including but not limited to any and all applications, wage verification and statement, attending physician reports, payment logs, claims records, correspondence, photographs, investigative materials, and all other tangible items, etc., concerning claims made by Wilfredo Maribona. All records should be all inclusive of any information concerning the insured.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies.</u>" Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

      *********PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS******

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                Employment Records Custodian
                City of Naples
                370 Riverside Court
                Naples, FL  34102

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  any and all personnel records of **WILFREDO MARIBONA**, including but not limited to employment applications, medical and hospital bills, records and reports, workers' compensation claims, Employment Eligibility Verification Form I-9, W-2 forms, performance reviews, payroll records, correspondence and all other tangible items.  All records should be all inclusive with no omissions.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the** <u>**reasonable cost of preparing the copies.**</u>**" Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "**<u>**reasonable cost**</u>**" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed** <u>**$50.00**</u>**, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT**.  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                            Case No. 2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION
### FROM NON-PARTIES

      YOU ARE HEREBY NOTIFIED that after ten (10) days from the date of service

hereof, if service is by delivery, or ten (10) days from the date of service, if service is by

mail, if no objection is received from any party, the undersigned will issue or apply to the

Clerk of this court for issuance of the attached Subpoenas directed to the following non-

parties, to produce the items listed at the time and place specified in the Subpoena.

      1.     Collier County EMS

      2.     Greater Naples Fire Rescue

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685

mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this ___23rd___ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

By: /s/ Amanda J. Ross
    AMANDA J. ROSS, ESQUIRE
    Florida Bar No. 598666
    amanda.ross@henlaw.com
    tracey.salerno@henlaw.com
    MADISON A. TANNER, ESQUIRE
    Florida Bar No. 1011247
    madison.tanner@henlaw.com
    susan.peters@henlaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                        CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                    Medical Records Custodian
                    Collier County EMS
                    41st Ave NE
                    Naples, FL  34120

YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

**PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney**

**whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross
     Attorneys for Defendants
     Henderson, Franklin, Starnes & Holt, P.A.
     Post Office Box 280
     Fort Myers, Florida  33902-0280
     239.344-1100
     Florida Bar No. 598666

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                                Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

               Medical Records Custodian
               Greater Naples fire Rescue
               4575 Collier Blvd.
               Naples, FL  34119

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA; Incident date: 01/12/21; Location:  Walmart Store, 9885 Collier Boulevard, Naples, FL**.  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

      **\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items

to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

IF YOU FAIL TO:

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT**.  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
     Attorneys for Defendants
     Henderson, Franklin, Starnes & Holt,
     P.A.
     Post Office Box 280
     Fort Myers, Florida  33902-0280
     239.344-1100
     Florida Bar No. 598666

Case 2:22-cv-00244-JES-NRM   Document 1-3   Filed 04/15/22   Page 129 of 173 PageID 142

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                          CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.
_____/

## DEFENDANT WALMART'S NOTICE OF SERVICE OF VERIFIED ANSWERED INTERROGATORIES

YOU ARE HEREBY NOTIFIED that the Verified Answered Interrogatories, as

described below, have been completed and furnished to all counsel of record.

| | |
|---|---|
| INTERROGATORIES PROPOUNDED BY: | PLAINTIFF |
| DATED: | SERVED WITH SUMMONS AND COMPLAINT |
| INTERROGATORIES DIRECTED TO: | DEFENDANT WALMART |
| ORIGINAL FURNISHED TO: | MALCOLM A. PUROW, ESQ. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL  34106
Tel:  239.302.1400
Fax:  239.785.1685

Page 1 of 7

mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this ___23rd___ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

By: /s/ Amanda J. Ross

AMANDA J. ROSS, ESQUIRE
Florida Bar No. 598666
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
MADISON A. TANNER, ESQUIRE
Florida Bar No. 1011247
madison.tanner@henlaw.com
susan.peters@henlaw.com

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

               **Plaintiff,**              **CASE NO. 2022-CA-00129**

**vs.**

**WAL-MART STORES EAST, LP,**

               **Defendant.**

_____ /

## REQUEST FOR COPIES

COMES NOW the Plaintiff, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.351(e), and hereby requests copies of any and all documents secured pursuant to Defendant's Notice of Intent to Serve Subpoenas dated March 23, 2022, to the following non-parties:

1. JC Penney Optical
2. Collier Physicians Regional
3. University of Miami Health
4. Dr. Michele R. D'Apuzzo
5. Dr. Aldo Beretta
6. Collier Blvd. HMA
7. Ideal Physical Therapy
8. Dr. Cesar DeLeon
9. Dr. Jay Wang
10. Walgreens
11. Collier Blvd CBO
12. Oscar Nieves, DC/ Naples Community Injury Center
13. Orthofix
14. Paragon Contracting Services
15. Integrated Emergency Medicine
16. Radiology Associates of South Florida
17. CIGNA
18. AARP United Health Advantage Plan
19. City of Naples (employment)

**NOTE TO OPPOSING COUNSEL:** If your copying charges exceed $100.00, please contact our office before incurring this cost.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this

24, day of March, 2022 to Counsel of record via the Florida e-file portal.

*/s/ Malcolm A. Purow*
_____
MALCOLM A. PUROW, ESQUIRE
FBN:  282790
Kelleher Law, P.A.
Attorney for Plaintiff
P.O. Box 3218
Naples, FL 34106
Tel: (239) 302-4400
Fax: (239) 785-1685
Email: mpurow@jimforjustice.com
        roslick@jimforjustice.com

Case 2:22-cv-00244-JES-NPM   Document 1-3   Filed 04/15/22   Page 133 of 173 PageID 146

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

                **Plaintiff,**                     **CASE NO. 2022-CA-00129**

**vs.**

**WAL-MART STORES EAST, LP,**

                **Defendant.**

_____ /

## REQUEST FOR COPIES

COMES NOW the Plaintiff, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.351(e), and hereby requests copies of any and all documents secured pursuant to Defendant's Notice of Intent to Serve Subpoenas dated March 23, 2022, to the following non-parties:

1. Collier County EMS

2. Greater Naples Fire Rescue

**NOTE TO OPPOSING COUNSEL:** If your copying charges exceed $100.00, please contact our office before incurring this cost.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this

24, day of March, 2022 to Counsel of record via the Florida e-file portal.

                                               */s/ Malcolm A. Purow*

                                           MALCOLM A. PUROW, ESQUIRE
                                           FBN:  282790
                                           Kelleher Law, P.A.
                                           Attorney for Plaintiff
                                           P.O. Box 3218
                                           Naples, FL 34106
                                           Tel: (239) 302-4400
                                           Fax: (239) 785-1685
                                           Email: mpurow@jimforjustice.com
                                                                     roslick@jimforjustice.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                                            Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### AGREED ORDER ON CONFIDENTIALITY AGREEMENT

Plaintiff, WILFREDO MARIBONA, and Defendant, WALMART STORES EAST, LP, agree that some materials produced in this litigation are confidential materials that need protection.  To preserve and maintain the confidentiality of documents or other materials which have been produced in this litigation, or which may be produced in the future, by Plaintiff and Defendant, or by other parties and/or third parties, which documents may constitute or contain confidential or proprietary information, and other private or sensitive information, and to preserve and maintain the confidentiality of information which may be disclosed, sought, or elicited in this litigation by way of discovery response, deposition testimony, records of non-parties, or otherwise, the Court hereby orders as follows:

IT IS HEREBY ORDERED THAT:

1.      Defendant's written or digital policies, procedures, procedures, training materials and computer based training for inspection and maintenance of the Defendant's premises and Defendant's surveillance video, if any, shall be deemed confidential and proprietary ("confidential material").

2.      Confidential material shall not be used by any party receiving it, including the party's attorney or other representatives and expert witnesses, for any purpose other than directly for the legitimate litigation of this action.

3.      Confidential Material shall be disclosed only to the following persons with direct involvement in this litigation and only to the extent necessary for the litigation of this action:

   a)      Counsel of record for the parties involved in this litigation;

   b)      The non-technical and clerical staff employed by counsel of record;

   c)      The independent personnel retained by counsel of record to furnish technical or other expert services or advice or to give expert testimony;

   d)      The Court and its authorized staff.

   e)      To the extent necessary, and upon agreement of the parties or Court Order, any jurors that serve in the trial of the matter.

4.      All Confidential Material, including all copies, reproductions, transcriptions, and each document and all copies thereof which incorporates or references, in whole or in part, any Confidential Material, including but not limited to notes or summaries concerning or pertaining to the Confidential Material, shall be destroyed at the conclusion of this litigation.

   **DONE AND ORDERED** in Chambers in Naples, Collier County, Florida this _____ day of March, 2022.

eSigned by Brodie, Lauren L in 11-2022-CA-000129-0001-XX 03/25/2022 14:30:22 6yoKF+MZ

Lauren L. Brodie
Circuit Court Judge

Electronic Service List
Amanda J Ross <amanda.ross@henlaw.com>
Amanda J Ross <tracey.salerno@henlaw.com>
Madison A Tanner <madison.tanner@henlaw.com>
Madison A Tanner <susan.peters@henlaw.com>
MALCOLM A. PUROW <mpurow@jimforjustice.com>
MALCOLM A. PUROW <roslick@jimforjustice.com>

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                                           CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                                       Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## <u>DEFENDANT'S NOTICE OF HEARING</u>

PLEASE BE ADVISED that the undersigned will bring on to be heard before the

Magistrate Pamela Barger, one of the judges of the above-styled court, the following:

| | | |
|---|---|---|
| MOTION | : | Plaintiff's Response to Defendant's Request for Admissions (Response #1 only)(filed 03/04/22)(Docket #21) |
| PLACE | : | Via Zoom.  Meeting ID: 699 4736 9722 |
| DATE | : | Wednesday, May 4, 2022 |
| TIME | : | 11:00 a.m. (15 minutes reserved) |
| JACS # | : | 398120 |

or as soon thereafter as may be heard.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Deputy Court Administrator whose office is located at the Lee County Justice Center, 1700 Monroe Street, (Entrance located at 2075 Dr. Martin Luther King Jr., Blvd.) Fort Myers, FL 33901, and whose telephone number is (239) 533-1700 within two working days of your receipt of this notice; if you are hearing or voice impaired, call 711 or 1-800-955-8771.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Page **1** of **2**

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL  34106
Tel:  239.302.1400
Fax:  239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this 31st day of March, 2022.

                    HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

By: /s/ *Madison A. Tanner*
    AMANDA J. ROSS, ESQUIRE
    Florida Bar No. 598666
    amanda.ross@henlaw.com
    tracey.salerno@henlaw.com
    MADISON A. TANNER, ESQUIRE
    Florida Bar No. 1011247
    madison.tanner@henlaw.com
    susan.peters@henlaw.com

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

           **Plaintiff,**                     **CASE NO. 22-CA- 00129**

**vs.**

**WAL-MART STORES EAST, LP,**

           **Defendant.**

_____ /

## NOTICE OF TAKING DEPOSITION

    Plaintiff, Wilfredo Maribona, by and through his undersigned counsel, will take the following deposition before U.S. Legal Support Services, who is not of counsel to any party, or interested in the event or the cause:

    DEPONENT:  Rajwanti Miller
    TIME:         10:00 a.m.
    DATE:        May 19th, 2022
    PLACE:      Via Zoom (link to be provided)

    By oral examination, for the purposes of discovery, evidence at trial, or any other purpose in accordance with the Florida Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this 1st day of April, 2022 to: Amanda Ross at amanda.ross@henlaw.com.

                                  */s/ Malcolm A. Purow*
                                MALCOLM A. PUROW, ESQUIRE
                                FBN: 282790
                                Kelleher Law, P.A.
                                Attorney for Plaintiff
                                1100 Fifth Ave., S., Suite 408
                                Naples, FL 34102
                                Tel: (239) 302-4400
                                Fax: (239) 785-1685
                                Email: mpurow@jimforjustice.com

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

               **Plaintiff,**                   **CASE NO. 22-CA- 00129**

**vs.**

**WAL-MART STORES EAST, LP,**

               **Defendant.**

_____ /

## NOTICE OF TAKING DEPOSITION

      Plaintiff, Wilfredo Maribona, by and through his undersigned counsel, will take the following deposition before U.S. Legal Support Services, who is not of counsel to any party, or interested in the event or the cause:

      DEPONENT:  David Pierrelus
      TIME:         1:00p.m..
      DATE:        May 19th, 2022
      PLACE:       Via Zoom (link to be provided)

      By oral examination, for the purposes of discovery, evidence at trial, or any other purpose in accordance with the Florida Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this 1st day of April, 2022 to: Amanda Ross at amanda.ross@henlaw.com.

                                          */s/ Malcolm A. Purow*
                                     MALCOLM A. PUROW, ESQUIRE
                                     FBN: 282790
                                     Kelleher Law, P.A.
                                     Attorney for Plaintiff
                                     1100 Fifth Ave., S., Suite 408
                                     Naples, FL 34102
                                     Tel: (239) 302-4400
                                     Fax: (239) 785-1685
                                     Email: mpurow@jimforjustice.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

        Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

        Defendant.

_____/

### DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION

    I HEREBY CERTIFY that no objections to production under Rule 1.351,

Fla.R.Civ.P., have been served upon the undersigned within ten (10) days of service of

the notice given to every other party of the intent to serve subpoenas upon persons who

are not parties, directing the production of documents or things without deposition, to

wit:

    1.      Collier County EMS

    2.      Greater Naples Fire Rescue

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court using the E-Filing Portal System which will send a notice of electronic filing to the

following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL  34106
Tel:  239.302.1400
Fax:  239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com

Page **1** of **2**

Attorney for Plaintiff

this _____ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL 33902-0280
Telephone: 239.344.1249
Facsimile: 239.344.1542

By: /s/ Amanda J. Ross

AMANDA J. ROSS, ESQUIRE
Florida Bar No. 598666
amanda.ross@henlaw.com
tracey.salerno@henlaw.com
MADISON A. TANNER, ESQUIRE
Florida Bar No. 1011247
madison.tanner@henlaw.com
susan.peters@henlaw.com

Page **2** of **2**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION

    I HEREBY CERTIFY that no objections to production under Rule 1.351, Fla.R.Civ.P., have been served upon the undersigned within ten (10) days of service of the notice given to every other party of the intent to serve subpoenas upon persons who are not parties, directing the production of documents or things without deposition, to wit:

1.     JC Penney Optical

2.     Collier Physicians Regional

3.     University of Miami Health

4.     Dr. Michele R. D'Apuzzo

5.     Dr. Aldo Beretta

6.     Collier Blvd. HMA

7.     Ideal Physical Therapy

8.     Dr. Cesar DeLeon

9.     D. Jay Wang

10.     Walgreens

11.   Collier Blvd CBO

12.   Oscar Nieves, DC/Naples Community Injury Center

13.   Orthofix

14.   Paragon Contracting Services

15.   Integrated Emergency Medicine

16.   Radiology Associates of South Florida

17.   CIGNA

18.   AARP United Health Advantage Plan

19.   City of Naples (employment)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the E-Filing Portal System which will send a notice of electronic filing to the following:

Malcolm A. Purow, Esquire
Kelleher Law, P.A.
P.O. Box 3218
Naples, FL 34106
Tel: 239.302.1400
Fax: 239.785.1685
mpurow@jimforjustice.com
roslick@jimforjustice.com
Attorney for Plaintiff

this _____ day of March, 2022.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
Attorneys for Defendant, Walmart Stores East, LP
Post Office Box 280
1715 Monroe Street
Fort Myers, FL  33902-0280
Telephone:  239.344.1249
Facsimile:  239.344.1542

Page 2 of 3

By: /s/ *Amanda J. Ross*
     AMANDA J. ROSS, ESQUIRE
     Florida Bar No. 598666
     amanda.ross@henlaw.com
     tracey.salerno@henlaw.com
     MADISON A. TANNER, ESQUIRE
     Florida Bar No. 1011247
     madison.tanner@henlaw.com
     susan.peters@henlaw.com

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## IN AND FOR COLLIER COUNTY FLORIDA

### CIVIL ACTION

IN RE THE MATTER OF:

WILFREDO MARIBONA,
     Plaintiff(s),

vs.                   Case No: 11-2022-CA-000129-0001-XX

WALMART STORES EAST LP,
     Defendant(s).
_____/

### AMENDED ORDER OF REFERRAL TO THE MAGISTRATE

     THIS CAUSE came on before the court upon the court's own motion and the Court, being duly advised in the premises, it is

     ORDERED that this is referred to General **Magistrate Maria I. Dente** for further proceedings, pursuant to Rule 1.490(a), Rule 1.490(c), Florida Rules of Civil Procedure, and current Administrative Orders of the court. This referral is subject to the consent of all parties, pursuant to Rule 1.490(c) of the Florida Rules of Civil Procedure. The Magistrate shall hold such hearings as deemed necessary and shall file, as soon as practicable, a Recommended Order of the General Magistrate.

     **IF REQUIRED BY THE MAGISTRATE, THE ATTORNEYS SHALL PREPARE A RECOMMENDED ORDER OF THE MAGISTRATE. FAILURE TO SUBMIT SAID RECOMMENDED ORDER OF THE MAGISTRATE ON A TIMELY BASIS MAY RESULT IN SANCTIONS BEING IMPOSED BY THE CIRCUIT COURT JUDGE.**

**THIS CASE IS REFERRED TO THE MAGISTRATE** on the following issues:

| | | | |
|---|---|---|---|
| ☒ | All Discovery Motions | ☐ | Motion for Contempt |
| ☐ | Motion for Protective Order | ☐ | Motion for Sanctions |
| ☐ | Motion for Extension of Time | ☐ | Motion to Add/Substitute Parties |
| ☐ | Motion to Withdraw | ☐ | Motion to Intervene |
| ☐ | Motion Directed to Pleadings | ☐ | Order to Show Cause |
| ☐ | Motion to Amend | ☐ | Summary Judgment |
| ☐ | Pretrial Conference | ☐ | Motion for Attorney's Fees/Costs |
| ☐ | Status/Case Management Conference | ☐ | Trial/Final Judgment |
| ☐ | Motion to Compel: | ☐ | Motion to Dismiss |
| ☐ | Motion to Strike: | ☒ | Other: Plaintiff's Response to Defendant's Request for Admissions (Docket #21) |

**AND ANY OTHER MATTER RELATED THERETO.**

     **IT IS FURTHER ORDERED** that the above matter(s) and responses are referred to Magistrate Maria I. Dente for further proceedings, pursuant to the applicable Florida Rules of Procedure and current administrative orders of the court. A time and place shall be assigned for the proceedings as soon as reasonably possible after this referral is made and notice shall be given to each of the parties either by the Magistrate or one or more of the parties.

**A REFERRAL TO A MAGISTRATE REQUIRES THE CONSENT OF ALL PARTIES. YOU ARE ENTITLED TO HAVE THIS MATTER HEARD BY A JUDGE.  IF YOU DO NOT WANT TO HAVE THIS MATTER HEARD BY THE MAGISTRATE, YOU MUST FILE A WRITTEN OBJECTION TO THE REFERRAL WITH THE CLERK OF COURT PRIOR TO COMMENCEMENT OF THE HEARING. A COPY OF THE WRITTEN OBJECTION SHALL ALSO BE PROVIDED TO THE CIRCUIT JUDGE ASSIGNED TO THE CASE.  FAILURE TO FILE A WRITTEN OBJECTION IS DEEMED TO BE CONSENT TO THE REFERRAL. IF AN OBJECTION IS FILED, THE PARTY OR THE PARTY'S COUNSEL IS ADVISED THAT TO AVOID THE POSSIBLE IMPOSITION OF SANCTIONS, TO FILE SAID OBJECTION BOTH IN WRITING AND IN A TIMELY MANNER, WHICH WILL PROMOTE PROFESSIONAL COURTESY AND AVOID UNNECESSARY INCONVENIENCE TO THE COURT AND THE OPPOSING PARTY.**

The General Magistrate is authorized to administer oaths and conduct hearings, as may be deemed necessary, which may include the taking of evidence.  As soon as practicable, the General Magistrate shall file a Report and Recommendation, that contains findings of fact, conclusions of law, and the recommendation as to a ruling by the Court, and shall submit, as may be appropriate, a Recommended Order of General Magistrate.

Review of the Report and Recommendation made by the General Magistrate shall be by exceptions filed within 10 days after it is served, as provided in Rule 1.490(h), Florida Rules of Civil Procedure.  Any party may file cross-exceptions within 5 days from the service of the exceptions.  If no exceptions are timely filed, the Court shall take appropriate action on the report.  If exceptions are timely filed, the Court shall resolve the exceptions at a hearing on reasonable notice.

Any party filing exceptions will be required to provide the Court with a record sufficient to support the exceptions, or the exceptions may be denied.  A record sufficient to support exceptions may require a written transcript of the relevant proceedings.  The record shall include the court file, designated portions of the transcript of proceedings before the General Magistrate, and all depositions and evidence presented to the General Magistrate.  The designated transcript portions must be delivered to the Court and all other parties at least 48 hours before the hearing.  If the party filing exceptions prepares less than a full transcript of the proceeding before the General Magistrate, that party must promptly file a notice designating the portions of the transcript that will be transcribed, and the other parties must be given reasonable time after service of the notice to arrange for the preparation and designation of other portions of the transcript for the Court to consider at the hearing.

Though civil proceedings before a Judge are not electronically recorded by the Court, parties are advised that civil proceedings before a Magistrate will be electronically recorded by the Court. However any party may elect to provide a live Court Reporter at that party's own expense.  If a live Court Reporter is provided by either party, requests for transcripts must be submitted to that Court Reporter.  If no live Court Reporter is provided by a party, a party may request an electronic certified copy of the proceeding on CD, at that party's expense, and may then have the recording transcribed, at that party's expense.  Providing the Court with a copy of the CD, instead of a certified written transcript, is insufficient for review of exceptions by the Court. Media request forms, procedures, and fees, and a list of approved Transcriptionists are available on the Court's website, www.ca.cjis20.org , or by calling the Court's Electronic Court Reporting Department at 239-252-8800.

**DONE AND ORDERED** in Naples, Collier County, Florida on this 12th day of April, 2022.

_Lauren L. Brodie_

eSigned by Brodie, Lauren L in 11-2022-CA-000129-0001-XX 04/12/2022 15:10:31 zWFjaZiJ

Lauren L. Brodie, Circuit Court Judge

Electronic Service via E-Filing Portal:
Amanda J Ross <amanda.ross@henlaw.com>, <tracey.salerno@henlaw.com>
Madison A Tanner <madison.tanner@henlaw.com>, <susan.peters@henlaw.com>
MALCOLM A. PUROW <mpurow@jimforjustice.com>, <roslick@jimforjustice.com>

## RETURN OF SERVICE

| State of Florida | County of Collier | Circuit Court |
|---|---|---|

Case Number: 2022-CA-000129



ODY2022002656

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **D. JAY WANG, MEDICAL RECORDS CUSTODIAN, 8350 SIERRA MEADOWS BLVD., NAPLES, FL 34120.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022 at 3:10 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: **CHELSEA D. as P.S.S. AGENT** at the address of: **8350 SIERRA MEADOWS BLVD., NAPLES, FL 34120**, who stated they are authorized to accept service for **D. JAY WANG,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: SIT, Weight: SIT, Hair: Black, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE.  UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

**Ody's Professional Process**
Post Office Box 1623
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2022002656
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

3:10 PM
BN#205993

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                Medical Records Custodian
                D. Jay Wang
                8350 Sierra Meadows Blvd.
                Naples, FL

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:** '       All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED: _____APR 0 5 2022_____

AMANDA J. ROSS
For the Court

By: _/s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Collier** | **Circuit Court** |

Case Number: 2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**



ODY2022002661

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **COLLIER PHYSICIANS REGIONAL MEDICAL RECORDS CUSTODIAN, 8300 COLLIER BLVD., NAPLES, FL 34114.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022 at 3:18 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: **MANUELA M.** as **TEAM LEAD** at the address of: **8300 COLLIER BLVD., NAPLES, FL 34114,** who stated they are authorized to accept service for **COLLIER PHYSICIANS REGIONAL,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'4, Weight: 160, Hair: Black, Glasses: Y

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE.  UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

**Ody's Professional Process**
**Post Office Box 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2022002661
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

*4-8-22*
*3:18 PM*
*BN#205993*

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

          Medical Records Custodian
          Collier Physicians Regional
          8300 Collier Boulevard
          Naples, FL  34114

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:** _____  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED: ___APR 0 5 2022___

AMANDA J. ROSS
For the Court


By: _/s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Collier** | **Circuit Court** |

Case Number: 2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**



ODY2022002651

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **COLLIER BLVD. HMA, MEDICAL RECORDS CUSTODIAN, 24231 WALDEN CENTER DR., SUITE 201, BONITA SPRINGS, FL 34134.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022 at 11:45 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: **SINA H.** as **OFFICE COORDINATOR** at the address of: **24231 WALDEN CENTER DR., SUITE 201, BONITA SPRINGS, FL 34134,** who stated they are authorized to accept service for **COLLIER BLVD. HMA,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: SIT, Weight: SIT, Hair: Brown, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

**Ody's Professional Process**
Post Office Box 1623
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2022002651
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

4-8-22
11:45AM
PBN# 205993

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                              CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                              Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

               Medical Records Custodian
               Collier Blvd HMA
               24231 Walden Center Drive, Suite 201
               Bonita Springs, FL  34134

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:** _____  All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the** reasonable cost of preparing the copies**." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "**reasonable cost**" of the production of books, papers, documents, or tangible things.  If the cost of reproduction of your records will exceed** $50.00**, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given.  To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:  APR 0 5 2022

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross
   **Attorneys for Defendants**
   Henderson, Franklin, Starnes & Holt, P.A.
   Post Office Box 280
   Fort Myers, Florida  33902-0280
   239.344-1100
   Florida Bar No. 598666

Filing # 147591734 E-Filed 04/13/2022 09:37:25 AM

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Collier** | **Circuit Court** |

Case Number: 2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**


ODY2022002655

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **WALGREENS MEDICAL RECORDS CUSTODIAN, 30 GOLDEN GATE BLVD. W., NAPLES, FL 34120.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022 at 1:30 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: **CHRIS STORY** as **PHARMACIST** at the address of: **30 GOLDEN GATE BLVD. W., NAPLES, FL 34120**, who stated they are authorized to accept service for **WALGREENS**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Hispanic, Height: 6'0, Weight: 200, Hair: Black, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

Ody's Professional Process
Post Office Box 1623
Fort Myers, FL 33902
(239) 369-5214

Our Job Serial Number: ODY-2022002655
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 04/13/2022 09:37:25 AM

4-8-22
1:30PM
BN#205993

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                                CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                            Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

               Medical Records Custodian
               Walgreens
               30 Golden Gate Blvd., W.
               Naples, FL  34120

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:** _____    All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

      \*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\*

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED: APR 0 5 2022

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida 33902-0280
    239.344-1100
    Florida Bar No. 598666

## RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of Collier | Circuit Court |

Case Number: 2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**



ODY2022002654

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **COLLIER BLVD. CBO, MEDICAL RECORDS CUSTODIAN, 6101 PINE RIDGE RD., NAPLES, FL 34119.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022 at 2:20 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: JIOVANNA G. as ROI AGENT at the address of: **6101 PINE RIDGE RD., NAPLES, FL 34119**, who stated they are authorized to accept service for **COLLIER BLVD. CBO,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Black, Height: SIT, Weight: SIT, Hair: Black, Glasses: Y

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

Ody's Professional Process
Post Office Box 1623
Fort Myers, FL 33902
(239) 369-5214

Our Job Serial Number: ODY-2022002654
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

*4-8-22*
*2:20 PM*
*BN #205993*

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA _____ CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                               Case No. 2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

                 Medical Records Custodian
                 Collier Blvd CBO
                 6101 Pine Ridge Road
                 Naples, FL 34119

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following: Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:** _____ All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies</u>." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT**.  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____APR 0 5 2022_____

AMANDA J. ROSS
For the Court


By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

## RETURN OF SERVICE

| State of Florida | County of Collier | Circuit Court |
|---|---|---|

Case Number: 2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**

ODY2022002659

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **DR. ALDO BERETTA, MEDICAL RECORDS CUSTODIAN, 8340 COLLIER BLVD., SUITE 103, NAPLES, FL 34114.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022 at 3:25 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: **SARAH P.** as **OFFICE COORDINATOR** at the address of: **8340 COLLIER BLVD., SUITE 103, NAPLES, FL 34114,** who stated they are authorized to accept service for **DR. ALDO BERETTA,,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: W, Height: 5'6, Weight: 145, Hair: Blonde, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

**Ody's Professional Process**
**Post Office Box 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2022002659
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

4-8-22
3:25pm
BN#205993

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

          Medical Records Custodian
          Dr. Aldo Beretta
          8340 Collier Boulevard, Suite 103
          Naples, FL  34114

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:**              All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the reasonable cost of preparing the copies." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "reasonable cost" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed $50.00, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

**\*\*\*\*\*\*\*\*\*PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS\*\*\*\*\*\***

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.** You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P. The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal. The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____APR 0 5 2022_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt, P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666

## RETURN OF SERVICE

State of Florida                County of Collier                Circuit Court

Case Number: 2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**



ODY2022002657

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **DR. CESAR DELEON, MEDICAL RECORDS CUSTODIAN, 501 GOODLETTE ROAD N., SUITE A-100, NAPLES, FL 34102.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022 at 4:10 pm,** I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: **CARIN CAMPOS** as **CERTIFIED MEDICAL ASSISTANT** at the address of: **501 GOODLETTE ROAD N., SUITE A-100, NAPLES, FL 34102,** who stated they are authorized to accept service for **DR. CESAR DELEON,,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'6, Weight: 180, Hair: Brown, Glasses: Y

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

Ody's Professional Process
Post Office Box 1623
Fort Myers, FL 33902
(239) 369-5214

Our Job Serial Number: ODY-2022002657
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

4-8-22
4:10 PM
BN#205993

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                    Case No.  2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

<u>SUBPOENA DUCES TECUM WITHOUT DEPOSITION</u>

THE STATE OF FLORIDA, TO:

          Medical Records Custodian
          Dr. Cesar DeLeon
          501 Goodlette Road, N., Suite A-100
          Naples, FL

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following:  Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:**        All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      **PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the <u>reasonable cost of preparing the copies.</u>" Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "<u>reasonable cost</u>" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed <u>$50.00</u>, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.**

*********PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS******

      THESE ITEMS WILL BE inspected and may be copied at that time.  You will not be required to surrender the original items.  You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.**, on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

DATED:_____ APR 0 5 2022 _____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross _____
Attorneys for Defendants
Henderson, Franklin, Starnes & Holt,
P.A.
Post Office Box 280
Fort Myers, Florida  33902-0280
239.344-1100
Florida Bar No. 598666

## RETURN OF SERVICE

| State of Florida | County of Collier | Circuit Court |
|---|---|---|

Case Number: 2022-CA-000129

Plaintiff:
**WILFREDO MARIBONA**

vs.

Defendant:
**WALMART STORES EAST, LP**


ODY2022002658

For:
Amanda J. Ross, Esq.
Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33901

Received by Ody's Professional Process on the 5th day of April, 2022 at 6:54 pm to be served on **IDEAL PHYSICAL THERAPY MEDICAL RECORDS CUSTODIAN, 8595 COLLIER BLVD., SUITE 115, NAPLES, FL 34114.**

I, Brandy Negron, CPS #205993, do hereby affirm that on the **8th day of April, 2022** at **3:05 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM WITHOUT DEPOSITION, DEFENDANT WALMART STORES EAST, LP'S NOTICE OF PRODUCTION FROM NON-PARTIES, DEFENDANT WALMART'S CERTIFICATE OF NON-OBJECTION, LETTER FROM ATTORNEY** with the date and hour of service endorsed thereon by me, to: **SEAN HALLIHAN** as **DIRECTOR OF PHYSICAL THERAPY** at the address of: **8595 COLLIER BLVD., SUITE 115, NAPLES, FL 34114**, who stated they are authorized to accept service for **IDEAL PHYSICAL THERAPY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: W, Height: 6'0, Weight: 200, Hair: Bald, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Brandy Negron, CPS #205993
Certified Process Server

Ody's Professional Process
Post Office Box 1623
Fort Myers, FL 33902
(239) 369-5214

Our Job Serial Number: ODY-2022002658
Ref: 23514/398 AJR, CLAIM NO.:2022-002024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

*4-8-22*
*3:05 pm*
*BN#205993*

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA                                                    CIVIL ACTION

WILFREDO MARIBONA,

      Plaintiff,

v.                                                         Case No. 2022-CA-000129

WALMART STORES EAST, LP,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

THE STATE OF FLORIDA, TO:

           Medical Records Custodian
           Ideal Physical Therapy
           8595 Collier Boulevard, Suite 115
           Naples, FL 34114

      YOU ARE COMMANDED to appear at the law offices of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, within 10 days from the date of service hereof, and to have with you at that time and place the following: Any and all medical, radiology, and billing records or reports, office notes, nurse's notes, appointment cards, x-ray reports, radiology films, clinical reports, questionnaire or patient information forms, ledgers, invoices, billing statements showing total amount of bill paid and by whom, correspondence, reports or correspondence prepared for attorneys by witness or received from attorneys, every written piece of paper included within the patient's chart, including a copy of any notations on the file jacket, etc., and all other tangible items pertaining to the diagnosis, care, treatment and/or examination by the witness, or any other health provider that are in the possession of the witness, regarding patient **WILFREDO MARIBONA, DOB:** ⁞           All records should be all inclusive of any care and treatment ever provided, and should in no way be limited to one incident.

      PLEASE NOTE: Rule 1.351, Florida Rules of Civil Procedure, provides that a medical provider who receives a subpoena for records "may condition the preparation of copies on the payment in advance of the reasonable cost of preparing the copies." Rule 1.410, Florida Rules of Civil Procedure, requires a party who served a subpoena to pay only the "reasonable cost" of the production of books, papers, documents, or tangible things. If the cost of reproduction of your records will exceed $50.00, you MUST first seek pre-approval from our office – our firm will not be responsible for charges in excess of $50.00 unless pre-approval was given. To obtain pre-approval, please contact our office at (239) 344-1259 and speak with Paralegal Brenda J. Gross.

*********PLEASE ATTACH A COPY OF THIS SUBPOENA TO YOUR RECORDS******

      THESE ITEMS WILL BE inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys at **Henderson, Franklin, Starnes & Holt, P.A.,** on or before the

scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.  **THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.**

**IF YOU FAIL TO:**

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

**YOU MAY BE IN CONTEMPT OF COURT.**  You are subpoenaed by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

**HIPAA Certificate:**  This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45 CFR 164.512(e)(1)(ii) as this subpoena has been issued pursuant to Rules 1.410 and 1.310, Fla.R.Civ.P.  The Party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney a notice of the taking of this deposition for which this subpoena has been issued and which included sufficient information about the litigation to permit the Plaintiff/Patient to raise an objection to the court or administrative tribunal.  The Plaintiff/Patient may raise an objection pursuant to Rule 1.280(c), Fla.R.Civ.P. and no testimony will be taken nor will documents be produced until said objections, if any, have been resolved.

APR 0 5 2022

DATED:_____

AMANDA J. ROSS
For the Court

By: /s/ Amanda J. Ross_____
    Attorneys for Defendants
    Henderson, Franklin, Starnes & Holt,
    P.A.
    Post Office Box 280
    Fort Myers, Florida  33902-0280
    239.344-1100
    Florida Bar No. 598666