# EXHIBIT C

Case 2:22-cv-00244-JES-NPM   Document 1-3   Filed 04/15/22   Page 1 of 10 PageID 187

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

**WILFREDO MARIBONA,**

        **Plaintiff,**                                   **CASE NO. 2021-CA-002807**

**vs.**

**WALMART STORES EAST, L.P..,**

        **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES

COMES NOW the Plaintiff, Wilfredo Maribona, by and through undersigned counsel, and hereby submits this Notice of Service of Answers to Defendant's Interrogatories propounded upon Plaintiff on or about 2/22/22.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by e-mail this 21st, day of March, 2022 to all counsel of record via the Florida e-file portal.

                                                                                   _/s/ Malcolm A. Purow_
                                                                MALCOLM A. PUROW, ESQUIRE
                                                                FBN:  282790
                                                                Kelleher Law, P.A.
                                                                Attorney for Plaintiff
                                                                P.O. Box 3218
                                                                Naples, FL 34106
                                                                Tel: (239) 302-4400
                                                                Fax: (239) 785-1685
                                                                Email: mpurow@jimforjustice.com
                                                                                 roslick@jimforjustice.com

### IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

WILFREDO MARIBONA

      Plaintiff,                                  CASE NO: 2022-CA-000129

v.

WALMART STORES EAST, LP,

      Defendant,

_____

### PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES

    COME NOW the Plaintiff, Wilfredo Maribona, by and through their undersigned counsel, and hereby provides the attached answers to Interrogatories:

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing has been served on the above Defendant, through counsel, by electronic service this 10th day of March, 2022.

                                                                       /s/ *Malcolm A. Purow*
                                                                       MALCOLM A PUROW, ESQ
                                                                       FBN: 282790
                                                                       Kelleher Law, P.A.
                                                                       Attorney for Plaintiff
                                                                       P.O. Box 3218
                                                                       Naples, FL 34106
                                                                       Tel: (239) 302-4400
                                                                       Fax: (239) 785-1685
                                                                       E-mail: mpurow@jimforjustice.com
                                                                                     roslick@jimforjustice.com

**ANSWERS TO INTERROGATORIES**

1. What is the name and address of the person answering these Interrogatories, and, if applicable, the person's official position or relationship with the party to whom the Interrogatories are directed?

   ANSWER: Wilfredo Maribona
   ███████████████████████
   Naples, FL 34120

   With assistance of counsel

2. List the names, business addresses, dates of employment, and rates of pay regarding all employers, including self-employment, for whom you have worked in the past 10 years.

   ANSWER: City of Naples
   370 Riverside Ct.
   Naples, FL 34102
   4/20/98 to 4/20/18  20 years

   Star Cleaning of Naples
   590 Golden Gate Blvd. West
   7/15 to 3/19  4 years- Owner

3. List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates you lived at each address, your Social Security number, your date of birth, and, if you are or have ever been married, the name of your spouse or spouses.

   ANSWER: ███████████████████████
   Naples, FL 34120- 23 years

   DOB: ███████
   Married to Barbara Maribona

   Objection to social security number due to privacy concerns

4. Do you wear glasses, contact lenses, or hearing aids? If so, who prescribed them, the date they were prescribed, when you eyes or ears were last examined, and the name and address of the examiner.

  ANSWER: Glasses
    JC Penney Optical
    2076 9th St. N
    Naples, FL 34102
    Dr. Kesselman- 9/21

5. Have you ever been convicted of a crime, other than any juvenile adjudication, which under the laws under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and place of conviction.

    ANSWER: No

6. Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability or sickness?

    ANSWER: Diabetes

7. Did you consume any alcoholic beverages or take any drugs or medications within 12 hours before the time of the incident described in the Complaint? If so, state the type and amount of alcoholic beverages, drugs, or medication which were consumed, and when and where you consumed them.

    ANSWER: Metformin, Prioglitazone, Atarvostatin

8. Have you ever filed for either short-term or long term disability (including but not being limited to Social Security Disability)? If so, describe in detail the date(s) of said claim(s), the nature of the disability claimed, and weather the claim was paid or denied.

    ANSWER: 2012- Cancer- paid

9. Have you ever filed a claim for worker's compensation benefits in the past 10 years? If so, describe in detail the date(s) of said claim(s), the nature of injury, and the name and address of your employer at the time of said claim(s).

    ANSWER: No

10. Describe each injury to which you are claiming damages in this case, specifying the part of your body that as injured, the nature of the injury, and, as to any

injuries you contend are permanent, the effects on you that you claim are permanent.

ANSWER: Fracture left femur
Lower back complaints

11. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the Complaint, giving for each item the date incurred, the name and subject address of the person or entity to whom each was paid or is owed, and the goods or services for which each was incurred.

ANSWER: Naples Community Injury Center- $941.57
Orthofix- $4,995.00
Paragon Contracting Services, LLC- $2,344.00
Physician's Regional Medical Center- $12,730.29
Radiology Associates of South Florida- $93.00
UHealth Tower- $116,114.06

12. Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the Complaint? If so, state the nature of the income, benefits or earning capacity, and the amount and the method that you used in computing the amount.

ANSWER: No

13. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these Interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

ANSWER: Cigna
AARP United Health Advantage Plan
Both have subrogation rights

14. List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

    ANSWER: Physician's Regional
          8300 Collier Blvd.
          Naples, FL 34114
          Emergency 1/12/21

          University of Miami Health
          1400 NW 12th St.
          Miami, FL 33136

          Dr. Michele R. D'Apuzzo
          1321 NW 14th
          Suite 306
          Miami, FL 33125

          Dr. Aldo Beretta
          8340 Collier Blvd. Suite 103
          Naples, FL 34114

          Ideal Physical Therapy
          8595 Collier Blvd. Suite 115
          Naples, FL 34114

          Physician's Regional
          8300 Collier Blvd.
          Naples, FL 34114
          3/3/22

15. List the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated in the past 10 years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

    ANSWER: Dr. Cesar DeLeon
          501 Goodlette Rd. N
          Suite A-100
          Naples, FL
          PCP

          Dr. Jay Wang
          8350 Sierra Meadows Blvd.
          Naples, FL
          Cancer

    NCH Baker- cancer surgery

16. List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

    ANSWER: The parties
        Treating Physicians
        Barbara Maribona, wife and witness to accident

17. Have you heard or do you know about any statement of remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

    ANSWER: No

18. State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

    ANSWER: The Defendant has video. Photos taken at the direction of my attorneys.

19. Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

    ANSWER: I was leaving Walmart and walking in the parking lot. I stepped on the white stop line, which was slippery, which caused me to slip and twist. There was nothing I could do to prevent the accident.

20. Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

    ANSWER: No

21. Please state if you have ever been in any accidents or incidents of any kind in the past 10 years involving any personal injuries? If so, state what type of injuries you suffered from as a result of the accident, when the accident occurred, if you filed a claim or suit and against whom you filed a claim or suit.

    ANSWER: No

22. Please list the name and addresses of all educational facilities or institutions you have attended, including the date of attendance, and any degrees of certifications obtained.

    ANSWER: GED 1986
    Technician 2014-2015
    3 year Florida Baptist Seminary 2014-2017
    Chaplin 2016. Pastor 2018
    Elim University of Theology 2020-2022

23. Please identify any and all claims you have made for personal injuries over the past fifteen years, including lawsuits, claims to insurance companies, worker's compensation claims or other matters seeking monies or compensation, including the name of the party contracted, the name of the attorney utilized, the dates of such claims and the status of such claims?

    ANSWER: None

24. Have you, in the last ten years, applied for any health, life or disability insurance? If so, please identify each and every such insurance carrier, including the name and address of the insurance company, and if applicable, policy number, member number and dates?

    ANSWER: No

25. Has any health care provider ever rendered an opinion that you suffered from a permanent disability or permanent impairment, whether or not from this case? If so, please identify the name of the health care provider, address and approximate date opinion was rendered.

    ANSWER: No

26. Please identify by name and address each pharmacy at which you have had a prescription for medication filled for yourself in the past ten (10) years.

    ANSWER: Walgreens
              30 Golden Gate Blvd. West
              Naples, FL 34120

27. With regard to the area(s) of the body that you are claiming were injured in the accident described in the Complaint, please state whether or not you were ever treated by any doctor or hospital (including emergency room) or other health care provider for any problems in the same areas of your body before the accident. For each such prior visit to any doctor, hospital, or other health care provider, please state the name and address of each such doctor, hospital or health care provider, and the approximate date of each such visit.

    ANSWER: Sarcoma on leg 2012

28. Please list the number and service carrier associated with each cellular telephone used by the Plaintiff and/or registered in the Plaintiff's name (this includes all numbers registered to and/or used by the Plaintiff under a "family plan" or similar service) at both the time of the subject loss and currently.

    ANSWER: [redacted] - Wilfredo Maribona
                  [redacted] - Barbara Maribona- Wife

29. Did you ever serve in any branch of the US Military? If so, describe in detail your branch of service, dates of service, military occupational specialty, date and type of discharge.

    ANSWER: No

30. Describe any and all accidents, dates of the accidents, location of the accidents in which you suffered personal injuries after the subject matter accident which is the subject matter of this lawsuit indicating what the injuries were and whether or not they were permanent in nature.

    ANSWER: No