**Case #:** 11-2022-CA-000129-0001-XX

**Offense Date:**

**Party Name/Company:** Maribona, Wilfredo

**File Date:** 01/25/2022

**Party Type:** Plaintiff

**Status:** Disposed

**Name Suffix:**

**Case Type:** Negligence - Premises Liability Commercial

**DOB:**

**Court Type:** CA

**Citation #:**

## Court Events

| Date | Time | Event Type | Location | Room | Notes |
|---|---|---|---|---|---|
| 05/04/2022 | 10:30 AM | Hearing | Naples | PB | Response To Request For Admissions @ 11:00 AM |
| 05/04/2022 | 11:00 AM | CANCELLED - Hearing | Naples | PB | Response To Request For Admissions @ 11:00 AM |

## Parties

**Judge:** Brodie, Lauren L

| Party Name/Company | | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # |
|---|---|---|---|---|---|---|---|---|
| Walmart Stores East Lp | () | Defendant | | | | | | |
| Maribona, Wilfredo | () | Plaintiff | M | | | | | |

## Charges

| Statute # | Count | Description | Disposition Date | Sentence | Offense Date | Citation # | Offense Level | Plea Date | Court Action | Prosecutor Action |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 03/21/2022 | | 01/25/2022 | | | | Dismissed Before Hearing Pursuant to Settlement | |

## Dockets

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| | 1 | 01/25/2022 | 0 | Negligence - Premises Liability Commercial |
| ☐ | 2 | 01/25/2022 | 0 | Civil Cover Sheet |
| ☐ | 3 | 01/25/2022 | 0 | Complaint with Demand for Jury Trial |
| ☐ | 4 | 01/25/2022 | 0 | Notice of Service of Interrogatories |
| ☐ | 5 | 01/25/2022 | 0 | Interrogatories |
| ☐ | 6 | 01/25/2022 | 0 | Request for Production |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 7 | 01/25/2022 | 0 | Request for Production |
| ☐ | 8 | 01/25/2022 | 0 | Standing Order - Circuit |
| ☐ | 9 | 01/26/2022 | 0 | Paid $400.00 on receipt 1250435, Fully Paid |
| ☐ | 10 | 01/26/2022 | 0 | Request for Admissions |
| ☐ | 11 | 01/27/2022 | 0 | Summons issued |
| ☐ | 12 | 01/27/2022 | 0 | Paid $10.00 on receipt 1250958, Fully Paid |
| ☐ | 13 | 02/11/2022 | 0 | Return of Service of Summons on Walmart Stores East Lp,, served 02/02/2022 |
| ☐ | 14 | 02/22/2022 | 0 | Response to Request for Admissions |
| ☐ | 15 | 02/22/2022 | 0 | Answer and Affirmative Defense by Walmart Stores East Lp with Demand for Jury Trial |
| ☐ | 16 | 02/22/2022 | 0 | Notice of Service of Interrogatories |
| ☐ | 17 | 02/22/2022 | 0 | Request for Production |
| ☐ | 18 | 02/22/2022 | 0 | Request for Admissions |
| ☐ | 19 | 02/22/2022 | 0 | Notice of Service of Interrogatories |
| ☐ | 20 | 02/22/2022 | 0 | Request for Production |
| ☐ | 21 | 03/04/2022 | 0 | Response to Request for Admissions |
| ☐ | 22 | 03/09/2022 | 0 | Notice of Service of Answered Interrogatories |
| ☐ | 23 | 03/09/2022 | 0 | Response to Request for Production |
| ☐ | 24 | 03/09/2022 | 0 | Privilege Log by Walmart Stores East Lp, |
| ☐ | 25 | 03/15/2022 | 0 | Order of Referral to Magistrate |
| ☐ | 26 | 03/21/2022 | 0 | Stipulation for Dismissal Walmart Stores East Lp |
| ☐ | 27 | 03/22/2022 | 0 | Notice of Service of Answered Interrogatories |
| ☐ | 28 | 03/22/2022 | 0 | Notice of Service of Answered Interrogatories |
| ☐ | 29 | 03/22/2022 | 0 | Response to Request for Production |
| ☐ | 30 | 03/22/2022 | 0 | Response to Request for Production |
| ☐ | 31 | 03/23/2022 | 0 | Notice of Production from Non-parties |
| ☐ | 32 | 03/23/2022 | 0 | Notice of Production from Non-parties |
| ☐ | 33 | 03/23/2022 | 0 | Notice of Service of Answered Interrogatories |
| ☐ | 34 | 03/24/2022 | 0 | Request for Copies |
| ☐ | 35 | 03/24/2022 | 0 | Request for Copies |
| ☐ | 36 | 03/25/2022 | 0 | Confidentiality/Non-Disclosure Agreement |
| ☐ | 37 | 03/31/2022 | 0 | Notice of Hearing Response To Defendant's Request For Admissions |
|  | 38 | 04/01/2022 | 0 | Set on Hearing docket 5/4/2022 beginning at 11:00 AM Barger, Pamela (see notice of hearing for actual hearing time) |
| ☐ | 39 | 04/04/2022 | 0 | Notice of Taking Deposition |
| ☐ | 40 | 04/04/2022 | 0 | Notice of Taking Deposition |

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| ☐ | 41 | 04/05/2022 | 0 | Certificate of Non-Objection |
| ☐ | 42 | 04/05/2022 | 0 | Certificate of Non-Objection |
| ☐ | 43 | 04/12/2022 | 0 | Order of Referral to Magistrate |
| ☐ | 44 | 04/13/2022 | 0 | Return of Service of Subpoena |
| ☐ | 45 | 04/13/2022 | 0 | Return of Service of Subpoena |
| ☐ | 46 | 04/13/2022 | 0 | Return of Service of Subpoena |
| ☐ | 47 | 04/13/2022 | 0 | Return of Service of Subpoena |
| ☐ | 48 | 04/13/2022 | 0 | Return of Service of Subpoena |
| ☐ | 49 | 04/13/2022 | 0 | Return of Service of Subpoena |
| ☐ | 50 | 04/13/2022 | 0 | Return of Service of Subpoena |
| ☐ | 51 | 04/13/2022 | 0 | Return of Service of Subpoena |

## Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| | | | No records found | | | | |

## Fees

### Fees

Total Balance + Interest: **$0.00**

(The fees listed below do not necessarily reflect all outstanding fees on the case. For complete balance information, please contact the Clerk's office.)

| Effective Date | Due Date | Description | Amount Due | Amount Paid | Balance | In Collections | In Judgment | Judgment Interest |
|---|---|---|---|---|---|---|---|---|
| 01/26/2022 | 01/26/2022 | Circuit Civil General | $400.00 | $400.00 | $0.00 | | | $0.00 |
| 01/27/2022 | 01/27/2022 | Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| | | | $410.00 | $410.00 | $0.00 | | | $0.00 |

### Fees

| Plan # | Scheduled Pay Amount | Balance Due | PP |
|---|---|---|---|
| | No records found | | |